UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>ASCENDANT CAPITAL, LLC, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO. 1:19-CV-01050-LY |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF CERTAIN DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kinnie Ma Individual Retirement Account ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses without prejudice any and all claims against Defendants D.H. Hill Securities, LLLP, Wilmington Capital Securities, LLC, Private Client Services, LLC, Parsonex Capital Markets, LLC f/k/a Avere Financial Group, LLC, Investment Architects, Inc., GVC Capital LLC, and Cape Securities, Inc. (collectively, the "Dismissed Defendants"), with Plaintiff and the Dismissed Defendants bearing their own respective attorneys' fees and costs.

These dismissals of the Dismissed Defendants in no way affect Plaintiff's or the putative class's claims against any other Defendant, which claims remain pending.

                                                       **BROPHY EDMUNDSON SHELTON & WEISS, PLLC**

                                                       */s/ Jesse Z. Weiss*

Ryan Shelton
SBN: 24037484
ryans@beswlaw.com
Jesse Z. Weiss
SBN: 24013728
jesse@beswlaw.com
210 Barton Springs Rd., Suite 500
Austin, Texas 78704
Telephone:  (512) 596-3622
Facsimile:   (512) 532-6637


**KIRBY McINERNEY LLP**
Peter S. Linden (admitted *pro hac vice*)
Emily C. Finestone (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, New York 10177
Telephone:  (212) 371-6600
Facsimile:   (212) 751-2540
Email:  plinden@kmllp.com


**BLACKNER STONE & ASSOCIATES, P.A.**
Richard L. Stone (admitted *pro hac vice*)
123 Australian Avenue
Palm Beach, Florida 33480
Telephone:   (561) 804-9569
Email:  rstoneesq@aol.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure this 29th day of January 2020.

                                            */s/ Jesse Z. Weiss*
                                            Jesse Z. Weiss