IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN 31 PM 2:47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>ASCENDANT CAPITAL, LLC, ET AL.,<br>　　　　　DEFENDANTS. | §§§§§§§§§§§ CIVIL NO. A-19-CV-1050-LY |

## ORDER

Before the court in the above styled and numbered cause is Plaintiff Kinnie Ma Individual Retirement Account's Notice of Dismissal Without Prejudice of Certain Defendants filed January 29, 2020 (Clerk's Document No. 304), by which it voluntarily dismisses without prejudice its claims alleged against Defendants D.H. Hill Securities, LLLP, Wilmington Capital Securities, LLC, Private Client Services, LLC, Parsonex Capital Markets LLC f/k/a Avere Financial Group, LLC, Investment Architects, Inc., GVC Capital LLC, and Cape Securities, Inc., with all parties bearing their own costs and attorney's fees. Having considered the notice, the case file, and the applicable law,

**IT IS ORDERED** that all claims alleged by Plaintiff Kinnie Ma Individual Retirement Account against Defendants D.H. Hill Securities, LLLP, Wilmington Capital Securities, LLC, Private Client Services, LLC, Parsonex Capital Markets LLC f/k/a Avere Financial Group, LLC, Investment Architects, Inc., GVC Capital LLC, and Cape Securities, Inc. are **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _31st_ day of January, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE