IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | § § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. 1:19-CV-1050-LY |
| ASCENDANT CAPITAL, LLC, ET AL., | § § § | |
| DEFENDANTS. | § | |

## ORDER

Plaintiff filed a Complaint commencing this action on October 25, 2019. Numerous Defendants filed motions to dismiss the Complaint on various bases. Plaintiff then filed an Amended Complaint on May 8, 2020. The court will therefore dismiss the previous motions.

**IT IS HEREBY ORDERED** that the following motions are **DISMISSED WITHOUT PREJUDICE**:

1. Defendant United Planners Financial Services of America, LLP's Motion to Dismiss (Dkt. No. 310);

2. Moving Defendants' Motion to Dismiss for *Forum Non Conveniens* (Dkt. No. 313);

3. GPB Defendants' Motion to Dismiss (Dkt. No. 317);

4. Defendants' Motion to Dismiss Class Action Complaint (Dkt. No. 324);

5. Defendants' Motion to Dismiss (Dkt. No. 325);

6. Defendant Mori Huston Partners LLC's Supplemental Motion to Dismiss Plaintiff's Complaint and Brief in Support Under Federal Rules of Civil Procedure 12(b)(3) and (6) (Dkt. No. 327);

7. Defendant Whitehall-Parker Securities, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 328);

8. Defendant David A. Noyes & Company's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 329);

9. Defendant Detalus Securities, LLC's Motion to Dismiss (Dkt. No. 330);

10. Defendant RSM US LLP's Motion to Dismiss (Dkt. No. 333);

11. Defendant Dawson James Securities, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 344);

12. Defendants Capital Investment Group, Inc., Cascade Financial Management, Inc., and Dempsey Lord Smith, LLC's Rule 12(b)(6) Motion to Dismiss Class Action Complaint (Dkt. No. 346);

13. Defendant National Securities Corporation's Rule 12(b)(6) Motion to Dismiss Complaint (Dkt. No. 347);

14. Defendants Axiom Capital Management, Inc.'s Motion to Dismiss and Joinder in Motion to Dismiss based on *Forum Non Conveniens* (Dkt. No. 348);

15. Defendants Purshe Kaplan Sterling Investment, Inc. and Cabot Lodge Securities, LLC's Motion to Dismiss Counts II and V of the Class Action Complaint As Against Them Pursuant to FRCP 12(b)(6) for Lack of Standing (Dkt. No. 349);

16. Motion to Dismiss of Defendant Hightower Securities, LLC, Joining in Co-Defendants' Motion to Dismiss Class Action Complaint (Dkt. No. 405);

17. Defendant MSC-BD, LLC's Rule 12(b)(6) Motion to Dismiss Class Action Complaint (Dkt. No. 410);

18. Defendant David Gentile's Motion to Dismiss Complaint (Dkt. No. 416);

19. Defendant, Bradley Wealth Management, LLC's, Motion to Dismiss (Dkt. No. 417); and

20. Defendant Phoenix American Financial Services, Inc.'s Motion to Dismiss pursuant to Rules 12(b)(1)–(b)(3), Rule 12(b)(6), and Rule 9(b) (Dkt. No. 420).

SIGNED this **21st** day of August, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE