UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, et al., individually and on behalf of all others similarly situated, <br><br>    *Plaintiffs*, <br><br> v. <br><br> ASCENDANT CAPITAL, LLC, et al., <br><br>    *Defendants*. | §§§§§§§§§§§§§ CIVIL ACTION NO. 1:19-CV-01050-LY |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CAPITAL FINANCIAL SERVICES, INC.**

Plaintiffs Kinnie Ma Individual Retirement Account, Dean Crooks, Corri Rene Eden, Jeffery S. Gramm Individual Retirement Account, Stacy Greasor Individual Retirement Account, Catherine Kominos, Karen Loch, Robert A. Stone Living Trust, Shirley Stone Living Trust, and Victor Wade Individual Retirement Account ("Plaintiffs"), on behalf of themselves and all similarly situated persons, file this Motion for Default Judgment as to liability against Defendant Capital Financial Services, Inc. ("Capital Financial") and respectfully state as follows:

1.  On October 25, 2019, Plaintiff Kinnie Ma filed a class action Complaint in this matter against Defendant Capital Financial alleging violations of the Texas Securities Act, Aiding and Abetting Violations of the Texas Securities Act, Control Person Violations of the Texas Securities Act, Fraud, Substantially Assisting in Commission of Fraud, Breach of Fiduciary Duty, Substantially Assisting in the

Breach of Fiduciary Duty, and Negligence. *See* Dkt. 1. The Complaint seeks, among other things, compensatory damages to Plaintiff and the Class, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing in an amount to be determined at trial.

2. On October 28, 2019, a summons was issued to Defendant Capital Financial. *See* Dkt. 3.

3. On October 31, 2019, Defendant Capital Financial was duly served with process, consisting of the Summons directed to Capital Financial and the Complaint. *See* Dkt. 23.

4. Based upon its date of service, Defendant Capital Financial was required to answer or otherwise respond to Plaintiff's Complaint by November 21, 2019. *See* FED. R. CIV. P. 12(a)(1)(A)(i) (defendant must answer within 21 days of service); FED. R. CIV. P. 12(a)(4) (filing of a Rule 12 motion delays answer date).

5. The undersigned counsel has reviewed the docket for this case and Defendant Capital Financial has not answered or otherwise responded to Plaintiff's Complaint and has not made an appearance.

6. On August 26, 2020, Plaintiffs filed a Request for Clerk's Entry of Default Against Capital Financial.

7. Because Defendant Capital Financial failed to timely answer or respond to Plaintiff's Complaint, Plaintiffs seek a default judgment on liability pursuant to Rule 55(b)(2), once the Clerk has entered the Default. *See U.S. Commodity Futures Trading Comm'n v. Cornett*, No. 12 Civ. 106 (LY), 2012 WL 4757872, at *5 (W.D. Tex.

Aug. 24, 2012) ("Fed.R.Civ.P. 55(b) provides that judgment by default may be entered by a district court. Where a party fails to respond, after notice the court is ordinarily justified in entering a judgment against the defaulting party.") (internal quotations and citations omitted); *see also Houston v. Texas Auto Save, LLC*, No. 19 Civ. 1018 (XR), 2020 WL 495573, at *1 (W.D. Tex. Jan. 30, 2020) ("Pursuant to Rule 55(a), a default judgment is proper '[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.'") (citing Fed. R. Civ. P. 55(a)).

8. Pursuant to Fed. R. Civ. P. 55(b)(2), the Court may "conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter."

9. Accordingly, Plaintiffs ask that the Court enter a default judgment as to liability against Capital Financial in favor of Plaintiff Kinnie Ma IRA, individually and on behalf of the putative Class. Once Plaintiffs have completed sufficient discovery regarding damages and class certification, and have filed their motion for class certification, Plaintiffs anticipate filing another motion for default judgment asking the Court to award damages against Capital Financial to Plaintiffs and the Class.

10. Based on a review of information from the Texas Secretary of State, Defendant Capital Financial is a domestic business corporation organized and

existing under the laws of the state of Texas. Therefore, Defendant is not in the military, a minor, or an incompetent person.

11.     Defendant Capital Financial has been given notice of this motion, which was sent to Capital Financial Services, Inc., c/o CT Corporation, its registered agent, 1999 Bryan St., Ste. 900, Dallas, TX 75201 by certified mail. *See* Certificate of Service, attached hereto.

WHEREFORE, Plaintiffs respectfully request that the Court enter a default judgment as to liability against Defendant Capital Financial pursuant to Fed. R. Civ. P. 55(b)(2), and grant Plaintiffs any additional relief to which they are justly entitled.

Dated: August 26, 2020                               Respectfully submitted,

**EDMUNDSON SHELTON WEISS PLLC**

By:   /s/ Jesse Z. Weiss
  Ryan Shelton
  SBN: 24037484
  ryan@eswpllc.com
  Jesse Z. Weiss
  SBN: 24013728
  jesse@eswpllc.com
  317 Grace Ln. Ste. 210
  Austin, Texas 78746
  Telephone:  (512) 596-3058
  Facsimile:   (512) 532-6637

**KIRBY McINERNEY LLP**

Peter S. Linden
250 Park Avenue, Suite 820
New York, New York 10177
Telephone:  (212) 371-6600
Facsimile:   (212) 751-2540
Email:  plinden@kmllp.com

**BLACKNER STONE & ASSOCIATES, P.A.**

Richard L. Stone
123 Australian Avenue
Palm Beach, Florida 33480
Telephone: (561) 804-9569
Email: rstoneesq@aol.com

*ATTORNEYS FOR PLAINTIFFS
  AND THE PUTATIVE CLASS*

**CERTIFICATE OF SERVICE**

I, Peter S. Linden, do hereby certify that on August 26, 2020, I caused a true and correct copy of the foregoing and attached documents, namely: Plaintiffs' Motion For Default Judgment Against Defendant Capital Financial Services, Inc., and the [Proposed] Order Granting Plaintiffs' Motion For Default Judgment Against Defendant Capital Financial Services, Inc., to be served:

(a) on all counsel of record pursuant to the Federal Rules of Civil Procedure via CM/ECF; and

(b) via certified U.S. Mail on Defendant Capital Financial Services, Inc., c/o CT Corporation, its registered agent, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

*/s/ Peter S. Linden*
Peter S. Linden