IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 AUG 28 PM 3: 45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, § § § § § PLAINTIFF, § § V. § § ASCENDANT CAPITAL, LLC, ET AL., § § DEFENDANTS. § | CAUSE NO. 1:19-CV-1050-LY |

## ORDER

Before the court is Advisors Group Equity Services, Ltd.'s Joinder in Motions to Dismiss and Corrected Joinder in Motions to Dismiss, both of which were filed on August 26, 2020 (Dkt. Nos. 571, 582). By joining in a motion, Advisors becomes a movant in that motion. The court stayed this action on August 21, 2020, thus barring the filing of claims for relief pending further order of the court. The joinders constitute an appearance by Advisors only, and are **DISMISSED WITHOUT PREJUDICE** to the extent they seek relief.

SIGNED this 28th day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE