UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, DEAN CROOKS, JEFFERY S. GRAMM INDIVIDUAL RETIREMENT ACCOUNT, STACY GREASOR INDIVIDUAL RETIREMENT ACCOUNT, CORRI RENE EDEN, CATHERINE KOMINOS, KAREN LOCH, ROBERT A. STONE LIVING TRUST, SHIRLEY STONE LIVING TRUST, VICTOR WADE INDIVIDUAL RETIREMENT ACCOUNT, KAZUE M. BELL, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:19-cv-01050-LY |
| v. | ) ) ) | |
| ASCENDANT CAPITAL, LLC, et al., | ) ) | |
| Defendants. | ) | |

## MOTION OF COUNSEL TO WITHDRAW

**Gregory P. Graham**, formerly of the firm of Marshall, Dennehey, Warner, Coleman & Goggin, hereby submits this Motion of Counsel to Withdraw as counsel for defendants Center Street Securities, Inc., Concorde Investment Services, LLC, Colorado Financial Services Corporation, Uhlmann Price Securities, LLC, IBN Financial Services, LLC, Lewis Financial Group n/k/a DAI Securities, LLC and Vestech Securities, Inc. (hereinafter, collectively, Defendants), with removal from all notices and services. The undersigned counsel from Winstead PC and from Marshall, Dennehey, Warner, Coleman & Goggin will continue to represent the Defendants, so this withdrawal will cause no party any prejudice. Accordingly, Defendants respectfully request that the Court enter an order granting the withdrawal of Gregory P. Graham.

Dated: October 12, 2021

Respectfully submitted,

WINSTEAD PC

/s/ James G. Ruiz
Texas State Bar No. 17385860
401 Congress Ave., Suite 2100
Austin, Texas 78701
512-370-2818
jruiz@winstead.com

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

/s/ Gregory P. Graham
Pro Hac Vice
Pennsylvania State Bar No. 317205
501 Grant Street, Suite 700
Pittsburgh, PA, 15219
412-803-1189
412-803-1188 (fax)
gpgraham@mdwcg.com

/s/ Samuel E. Cohen
Pro Hac Vice
Pennsylvania State Bar No. 78996
2000 Market Street, Suite 2300
Philadelphia, PA, 19103
215-575-2883
205-575-0856 (fax)
secohen@mdwcg.com

ATTORNEYS FOR CENTER STREET
SECURITIES, INC., CONCORDE INVESTMENT
SERVICES, LLC, COLORADO FINANCIAL
SERVICES CORPORATION, UHLMANN PRICE
SECURITIES, LLC, TRIAD ADVISORS, LLC,
IBN FINANCIAL SERVICES, LLC, LEWIS
FINANCIAL GROUP n/k/a DAI SECURITIES,
LLC AND VESTECH SECURITIES, INC.

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on October 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system which will send notification of this filing to all counsel of record.


                                          /s/ James G. Ruiz
                                           James G. Ruiz