IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 JUN 23 AM 11:51
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT; DEAN CROOKS; JEFFERY S. GRAMM INDIVIDUAL RETIREMENT ACCOUNT; STACY GREASOR INDIVIDUAL RETIREMENT ACCOUNT; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; VICTOR WADE INDIVIDUAL RETIREMENT ACCOUNT; ROBERT A. STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AMENDED MAY 24, 2005; SHIRLEY STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AMENDED MAY 24, 2005; KAZUE M. BELL; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY, <br><br>PLAINTIFFS, <br><br>V. <br><br>ASCENDANT CAPITAL, LLC, ET AL., <br><br>DEFENDANTS. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CAUSE NO. 1:19-CV-1050-LY |

## ORDER REGARDING MOTIONS TO EXTEND STAY

Before the court is Defendants David Gentile and Jeffry Schneider's Motion to Extend the Stay of Proceedings Pending a Criminal Case (Doc. 865, 1:19-CV-1050; Doc. 358, 1:19-CV-1079). *United States v. Gentile, et al.*, No. 1:21-CR-54-DG (E.D.N.Y. Jan. 29, 2021). The court held oral argument on the motions at a Zoom conference on June 22, 2022.

For substantially the reasons stated in open court on the record yesterday, the court **DENIES** the motions to extend the stay (Doc. 865, 1:19-CV-1050; Doc. 358, 1:19-CV-1079).

SIGNED this 23rd day of June, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE