UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA IRA et al., | § § § § | |
| Plaintiffs, | | |
| vs. | § § § | NO. 1:19-CV-1050-LY |
| ASCENDANT CAPITAL LLC et al., | § § § | |
| Defendants. | § | |

## DEFENDANT SCOTT NAUGLE'S JURY TRIAL DEMAND

Defendant Scott Naugle ("Naugle") hereby files his Jury Trial Demand on all triable issues pursuant to FED. R. CIV. P. 38.

Dated: August 11, 2022.                    Respectfully submitted,

**PHILLIPS NIZER LLP**

By: __/s/ Michael D. Marin_____

Jared R. Clark (admitted pro hac vice)
N.Y. State Bar No. 2721702
485 Lexington Avenue
New York, New York 10017
Telephone: (212) 977-9700
Fax: (212) 262-5152
jclark@phillipsnizer.com

and

**BOULETTE GOLDEN & MARIN L.L.P.**
Michael D. Marin
State Bar No. 00791174
2801 Via Fortuna, Suite 530
Austin, Texas 78746

1

Telephone: (512) 732-8924
Fax: (512) 732-8905
mmarin@boulettegolden.com

ATTORNEYS FOR DEFENDANT SCOTT NAUGLE

## CERTIFICATE OF SERVICE

    This will confirm that on August 12, 2022, the forgoing was electronically filed with the clerk of court for the U.S. District Court, Western District of Texas, using the CM/ECF system, and that service upon all Filing Users will be accomplished through the NEF.

                                    */s/ Michael D. Marin*
                                    Michael D. Marin