## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, individually and on behalf of all others similarly situated,**

|  |  |
|---|---|
| **Plaintiff,** | **Case No. 1:19-cv-01050-LY** |
| **v.** | |
| **ASCENDANT CAPITAL, LLC, et al.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

---

### AMENDED ANSWER OF DEFENDANTS AEGIS CAPITAL CORPORATION, AEON CAPITAL, INC., AMERICAN CAPITAL PARTNERS LLC, DAVID A. NOYES & CO (n/k/a SANCTUARY WEALTH GROUP LLC, INNOVATION PARTNERS LLC, KINGSBURY CAPITAL, INC., LANDOLT SECURITIES, INC., AND WHITEHALL-PARKER SECURITIES TO AMENDED CONSOLIDATED COMPLAINT

Defendants AEGIS CAPITAL CORPORATION, AEON CAPITAL, INC., AMERICAN CAPITAL PARTNERS LLC, DAVID A. NOYES & CO (n/k/a SANCTUARY WEALTH GROUP LLC), INNOVATION PARTNERS LLC, KINGSBURY CAPITAL, INC., LANDOLT SECURITIES, INC., AND WHITEHALL-PARKER SECURITIES (hereafter "Defendants" or "these answering defendants") by their attorneys, Ewell Brown Blanke & Knight LLP, and for themselves alone file this amended answer and affirmative defenses to the Amended Consolidated Complaint ("Complaint") filed by Lead Plaintiff Kinnie Ma IRA *et al.* ("Lead Plaintiffs" or "Plaintiffs") on July 1, 2022.  These answering defendants deny all allegations made in the Complaint, whether express or implied, that are not specifically admitted below and specifically deny that Plaintiffs are entitled to any relief whatsoever.  The headings, unnumbered contents, recitations, assertions, and conclusions contained within the Complaint are not substantive

allegations to which a response is required.  To the extent that the headings are intended as substantive allegations, these answering defendants deny those allegations.  Unless otherwise defined, all capitalized terms have the same meaning as in the Complaint.

1.     Answering Paragraph 1 of the Complaint, the allegations contained in Paragraph 1 state legal conclusions to which no response is required.  To the extent a response is required, denied, except admit that Plaintiffs purport to bring a "class action" on behalf of themselves and certain individuals who are not parties to this action, but denies that a proper basis exists for such an action under federal or state law.

2.     Answering Paragraph 2 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

3.     Answering Paragraph 3 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

4.     Answering Paragraph 4 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

5.      Answering Paragraph 5 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize an Administrative Complaint brought by the Enforcement Section of the Massachusetts Securities Division of the Office of the Secretary of the Commonwealth against GPB Capital Holdings, LLC for violations of the Massachusetts Uniform Securities Act. That document speaks for itself and is the best evidence of its terms and/or content. These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.

6.      Answering Paragraph 6 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize an Administrative Complaint brought by the Enforcement Section of the Massachusetts Securities Division of the Office of the Secretary of the Commonwealth against GPB Capital Holdings, LLC for violations of the Massachusetts Uniform Securities Act. That document speaks for itself and is the best evidence of its terms and/or content. These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.

7.      Answering Paragraph 7 of the Complaint, denied.

8.      Answering Paragraph 8 of the Complaint, denied.

9.      Answering Paragraph 9 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

10.     Answering Paragraph 10 of the Complaint, denied.

11.     Answering Paragraph 11 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other

defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

12. Answering Paragraph 12 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

13. Answering Paragraph 13 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

14. Answering Paragraph 14 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize certain statements made by GPB and/or its auditors or affiliates. Those documents speak for themselves and are the best evidence of their terms and/or content.   These answering defendant respectfully refer the Court to those documents for the statements actually contained therein.

15. Answering Paragraph 15 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

16. Answering Paragraph 16 of the Complaint, the allegations contained in Paragraph 16 state legal conclusions to which no response is required.  To the extent a response is required, denied.

17.     Answering Paragraph 17 of the Complaint, the allegations contained in Paragraph 17 state legal conclusions to which no response is required.  To the extent a response is required, denied.

18.     Answering Paragraph 18 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

19.     Answering Paragraph 19 of the Complaint, denied.

20.     Answering Paragraph 20 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

21.     Answering Paragraph 21 of the Complaint, the allegations contained in Paragraph 21 state legal conclusions to which no response is required.  To the extent a response is required, denied. Further, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 21, and on that basis deny each such allegation.

22.     Answering Paragraph 22 of the Complaint, the allegations contained in Paragraph 22 state legal conclusions to which no response is required.  To the extent a response is required, denied. Paragraph 22 also contains allegations regarding other defendants and these answering defendants lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 22, and on that basis denies each such allegation.

23.     Answering Paragraph 23 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

24.     Answering Paragraph 24 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

25.     Answering Paragraph 25 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

26.     Answering Paragraph 26 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

27.     Answering Paragraph 27 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

28.     Answering Paragraph 28 of the Complaint, denied.

29.     Answering Paragraph 29 of the Complaint, denied.

30.     Answering Paragraph 30 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize certain statements made by GPB and/or its auditors or affiliates. Those documents speak for themselves and are the best evidence of their terms and/or content.   These answering defendants respectfully refer the Court to those documents for the statements actually contained therein .

31.     Answering Paragraph 31 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and on that basis deny each and every allegation contained therein.

32.     Answering Paragraph 32 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

33.     Answering Paragraph 33 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

34.     Answering Paragraph 34 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

35.     Answering Paragraph 35 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

36.     Answering Paragraph 36 of the Complaint, the allegations contained in Paragraph 36 state legal conclusions to which no response is required.  To the extent a response is required,

these answering defendants deny the allegations, except admit that Plaintiffs purport to bring a "class action" on behalf of themselves and certain individuals who are not parties to this action, but deny that a proper basis exists for such an action under federal or state law.

37.    Answering Paragraph 37 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

38.    Answering Paragraph 38 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

39.    Answering Paragraph 39 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

40.    Answering Paragraph 40 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

41.    Answering Paragraph 41 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

42.    Answering Paragraph 42 of the Complaint, Kingsbury, Landolt, and Whitehall-Parker admit that they attended certain meetings in Austin.  The other answering defendants deny they attended mattings in Texas related to GPB, and as to all answering defendants, and except as

expressly admitted to the extent the remaining allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

43. Answering Paragraph 43 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

44. Answering Paragraph 44 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied, except admit that certain entities identified in this paragraph prepared due diligence reports for some of the GPB Funds, but deny that these answering defendants each received reports from each of these entities for each of the GPB Funds. To the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

45. Answering Paragraph 45 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis.

46. Answering Paragraph 46 of the Complaint, these answering defendants admit that plaintiffs are asserting claims against the Broker Defendants, except that each plaintiff is excluding claims against the Broker Defendant through which that plaintiff purchased or otherwise acquired an interest in GPB Funds. All other allegations in the paragraph are denied.

47.     Answering Paragraph 47 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

48.     Answering Paragraph 48 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

49.     Answering Paragraph 49 of the Complaint, the allegations contained in Paragraph 49 state legal conclusions to which no response is required.  To the extent a response is required, denied.

50.     Answering Paragraph 50 of the Complaint, the allegations contained in Paragraph 50 state legal conclusions to which no response is required.  To the extent a response is required, denied.

51.     Answering Paragraph 51 of the Complaint, denied.

52.     Answering Paragraph 52 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

53.     Answering Paragraph 53 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53, and on the basis, deny each and every such allegation.

54.     Answering Paragraph 54 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and on the basis, deny each and every such allegation.

55.     Answering Paragraph 55 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55, and on the basis, deny each and every such allegation.

56.     Answering Paragraph 56 of the Complaint, denied.

57.     Answering Paragraph 57 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57, and on the basis, deny each and every such allegation.

58.     Answering Paragraph 58 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58, and on the basis, deny each and every such allegation.

59.     Answering Paragraph 59 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59, and on the basis, deny each and every such allegation.

60.     Answering Paragraph 60 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and on the basis, deny each and every such allegation.

61.     Answering Paragraph 61 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61, and on the basis, deny each and every such allegation.

62.    Answering Paragraph 62 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62, and on the basis, deny each and every such allegation.

63.    Answering Paragraph 63 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63, and on the basis, deny each and every such allegation.

64.    Answering Paragraph 64 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

65.    Answering Paragraph 65 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65, and on the basis, deny each and every such allegation.

66.    Answering Paragraph 66 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

67.    Answering Paragraph 67 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

68.    Answering Paragraph 68 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

69.     Answering Paragraph 69 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

70.     Answering Paragraph 70 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

71.     Answering Paragraph 71 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

72.     Answering Paragraph 72 of the Complaint, denied, except admit that the allegations in the paragraph purport to selectively quote the Massachusetts Securities Division's Administrative Complaint in *In re GPB Capital Holdings, LLC*. That document speaks for itself and is the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that document for the statements actually contained therein.

73.     Answering Paragraph 73 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

74.     Answering Paragraph 74 of the Complaint, the allegations contained in Paragraph 74 state legal conclusions to which no response is required.  To the extent a response is required, denied.

75.     Answering Paragraph 75 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

76.     Answering Paragraph 76 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

77.     Answering Paragraph 77 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

78.     Answering Paragraph 78 of the Complaint, the allegations contained in Paragraph 78 state legal conclusions to which no response is required.  To the extent a response is required, denied.

79.     Answering Paragraph 79 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

80.     Answering Paragraph 80 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

81.     Answering Paragraph 81 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

82.      Answering Paragraph 82 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

83.      Answering Paragraph 83 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

84.      Answering Paragraph 84 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

85.      Answering Paragraph 85 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

86.      Answering Paragraph 86 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

87.      Answering Paragraph 87 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

88.      Answering Paragraph 88 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

89.    Answering Paragraph 89 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

90.    Answering Paragraph 90 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

91.    Answering Paragraph 91 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

92.    Answering Paragraph 92 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

93.    Answering Paragraph 93 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

94.    Answering Paragraph 94 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

95.    Answering Paragraph 95 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

96.    Answering Paragraph 96 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

97.    Answering Paragraph 97 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

98.    Answering Paragraph 98 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

99.    Answering Paragraph 99 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

100.    Answering Paragraph 100 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

101.    Answering Paragraph 101 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

102.    Answering Paragraph 102 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

103.    Answering Paragraph 103 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to

other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

104.    Answering Paragraph 104 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

105.    Answering Paragraph 105 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

106.    Answering Paragraph 106 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

107.    Answering Paragraph 107 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

108.    Answering Paragraph 108 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

109.    Answering Paragraph 109 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

110.    Answering Paragraph 110 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

111.    Answering Paragraph 111 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

112.    Answering Paragraph 112 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

113.    Answering Paragraph 113 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

114.    Answering Paragraph 114 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

115.    Answering Paragraph 115 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

116.    Answering Paragraph 116 of the Complaint, the allegations contained in Paragraph 116 state legal conclusions to which no response is required.  To the extent a response is required, denied.

117.    Answering Paragraph 117 of the Complaint, the allegations contained in Paragraph 117 state legal conclusions to which no response is required.  To the extent a response is required, denied.

118.    Answering Paragraph 118 of the Complaint, the allegations contained in Paragraph 118 state legal conclusions to which no response is required.  To the extent a response is required, denied.

119.    Answering Paragraph 119 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

120.    Answering Paragraph 120 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

121.    Answering Paragraph 121 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

122.    Answering Paragraph 122 of the Complaint, the allegations contained in Paragraph 122 state legal conclusions to which no response is required.  To the extent a response is required, denied.

123.    Answering Paragraph 123 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

124.    Answering Paragraph 124 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

125.    Answering Paragraph 125 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

126.    Answering Paragraph 126 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

127.    Answering Paragraph 127 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

128.    Answering Paragraph 128 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

129.    Answering Paragraph 129 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

130.    Answering Paragraph 130 of the Complaint, the allegations contained in Paragraph 130 state legal conclusions to which no response is required.  To the extent a response is required, denied.

131.    Answering Paragraph 131 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

132.    Answering Paragraph 132 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

133.    Answering Paragraph 133 of the Complaint, the allegations contained in Paragraph 133 state legal conclusions to which no response is required.  To the extent a response is required, denied.

134.    Answering Paragraph 134 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

135.    Answering Paragraph 135 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

136.    Answering Paragraph 136 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

137.    Answering Paragraph 137 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

138.    Answering Paragraph 138 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

139.    Answering Paragraph 139 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

140.    Answering Paragraph 140 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

141.    Answering Paragraph 141 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

142.    Answering Paragraph 142 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

143.    Answering Paragraph 143 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

144.    Answering Paragraph 144 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

145.    Answering Paragraph 145 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

146.    Answering Paragraph 146 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

147.    Answering Paragraph 147 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

148.    Answering Paragraph 148 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

149.    Answering Paragraph 149 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

150.    Answering Paragraph 150 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

151.    Answering Paragraph 151 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

152.    Answering Paragraph 152 of the Complaint, the allegations contained in Paragraph 152 state legal conclusions to which no response is required.  To the extent a response is required, denied.

153.    Answering Paragraph 153 of the Complaint, denied.

154.    Answering Paragraph 154 of the Complaint, denied.

155.    Answering Paragraph 155 of the Complaint, these answering defendants admit that plaintiffs purport to sue parties other than the specific broker(s) through which they purchased the securities at issue, and except as otherwise admitted, deny all other allegations.

156.    Answering paragraph 156 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation, except that:

(i). with respect to the allegations contained in sub-paragraph 156(b), defendant Aegis Capital Corp., for itself alone: admits it is incorporated in New York and that its principal place of business is New York and denies that it has an office in Texas; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited partnership interests in Automotive, Holdings II, and Waste Management, but denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; denies that it attended meetings in Texas or received materials from Texas; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged n the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this

answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(ii).  with respect to the allegations contained in sub-paragraph 156(c), defendant Aeon Capital, Inc. for itself alone: admits it was incorporated in Wisconsin but avers that its principal place of business is New York, NY. ; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated three certain accredited investors' purchases of limited partnership interests in GPB Holdings II only and no other GPB related funds, but denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; denies that it attended any due diligence meetings or webinars in or from Austin; admits that it received certain materials pertaining to GPB, but denies any knowledge that any such materials were from or were sent to Texas; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged n the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(iii). with respect to the allegations contained in sub-paragraph 156(d), defendant American Capital Partners, LLC, for itself alone: admits that it is incorporated in New York and has a principal place of business in Hauppauge NY and operates four office in New York, Georgia, and Florida; denies that it has any office in Texas; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited

partnership interests in Automotive, but denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; denies that it attended meetings in Texas and that it is knowledgeable and informed that any materials it received were from Texas; admits that it submitted certain investors' paperwork; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged n the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(iv).   with respect to the allegations contained in sub-paragraph 156(s), defendant David A. Noyes & Company, now known as Sanctuary Wealth Group LL, for itself alone: admits that it was incorporated in Illinois and its principal place of business was Indianapolis; denies that it had any offices in Texas; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited partnership interests in GPB Holdings II, and GPB Automotive, but denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; admits that it received certain marketing materials pertaining to GPB funds but denies that it attended any meetings in Texas or that it was knowledgeable and informed that any materials received were from Texas; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged in the Complaint or assisted the alleged misconduct of any other defendant.   With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a

belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(v).  with respect to the allegations contained in sub-paragraph 156(dd), defendant Innovation Partners, LLC, for itself alone: admits it is incorporated in North Carolina and its principal place of business is Charlotte, NC; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited partnership interests in GPB Holdings II and denies any other GPB investment, and denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; denies that it attended Ascendant Capital's meetings; denies that it received any offering, due diligence, or other materials after it first commenced any sales; denies it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged in the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(vi).  with respect to the allegations contained in sub-paragraph 156(hh), defendant Landolt Securities, Inc, for itself alone: admits that it is incorporated in Wisconsin but avers that its principal place of business is currently Antioch Illinois; denies that itself has any office in Texas; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited partnership interests in GPB Automotive and  GPB Holdings II and no other GPB interests and denies that in doing so it permitted the GPB

defendants to perpetuate the scheme alleged by plaintiffs; admits that it received certain materials pertaining to Ascendant and that it submitted certain investors' paperwork; denies that It was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged in the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(vii). with respect to the allegations contained in sub-paragraph 156(gg), defendant Kingsbury Capital, Inc., for itself alone: Kingsbury Capital, Inc. was incorporated in Illinois and its principal place of business was Evanston, IL, but the broker-dealer ceased to exist in 2019; admits that it executed a Form BD but denies that by virtue that or of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; admits that it facilitated certain accredited investors' purchases of limited partnership interests in GPB Holdings, GPB Holdings II, GPB Automotive, GPB Cold Storage, and GPB Waste Management, but denies that in doing so it permitted the GPB defendants to perpetuate the scheme alleged by plaintiffs; admits that it received certain due diligence and offering materials pertaining to GPB and that it submitted certain investors' paperwork; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged in the Complaint or assisted the alleged misconduct of any other defendant.  With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

(viii).   with respect to the allegations contained in sub-paragraph 156(iii), defendant Whitehall-Parker Securities, for itself alone: admits that it is incorporated in California and that its principal place of business is San Francisco; denies that it has any offices in Texas; denies that by virtue of its registration with FINRA and/or the SEC it consented to jurisdiction and venue in Texas or this Court; denies that it promoted and sold limited partnership interests in GPB Funds and admits that it offered and brokered the sale of limited partnership interests in Automotive, Holdings II, and Waste Management to certain accredited investors in California and Nevada, but denies that in doing so it permitted, facilitated, or enabled  the GPB defendants to perpetuate the scheme alleged by plaintiffs; admits that it attended a due diligence meeting in Texas; denies that it received due diligence materials from Ascendant Capital; denies that it submitted investors' paperwork to Ascendant; denies that it was aware of or knowingly distributed or promoted any of the misrepresentations or omissions alleged in the Complaint or assisted the alleged misconduct of any other defendant.   With respect to allegations directed to other defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis, denies each and every such allegation.

157.    Answering Paragraph 157 of the Complaint, the allegations contained in Paragraph 157 state legal conclusions to which no response is required.  To the extent a response is required, denied.

158.    Answering Paragraph 158 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

159.    Answering Paragraph 159 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

160.    Answering Paragraph 160 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

161.    Answering Paragraph 161 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

162.    Answering Paragraph 162 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

163.    Answering Paragraph 163 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

164.    Answering Paragraph 164 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

165.    Answering Paragraph 165 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

166.    Answering Paragraph 166 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

167.    Answering Paragraph 167 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

168.    Answering Paragraph 168 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

169.    Answering Paragraph 169 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

170.    Answering Paragraph 170 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

171.    Answering Paragraph 171 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

172.    Answering Paragraph 172 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

173.    Answering Paragraph 173 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

174.    Answering Paragraph 174 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

175.    Answering Paragraph 175 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

176.    Answering Paragraph 176 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

177.    Answering Paragraph 177 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

178.    Answering Paragraph 178, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

179.    Answering Paragraph 179, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these

answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

180.    Answering Paragraph 180 of the Complaint, the allegations contained in Paragraph 180 state legal conclusions to which no response is required.  To the extent a response is required, denied.

181.    Answering Paragraph 181, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

182.    Answering Paragraph 182 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

183.    Answering Paragraph 183 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

184.    Answering Paragraph 184 of the Complaint, the allegations contained in Paragraph 184 state legal conclusions to which no response is required.  To the extent a response is required, denied.

185.    Answering Paragraph 185 of the Complaint, the allegations contained in Paragraph 185 state legal conclusions to which no response is required.  To the extent a response is required, denied.

186.    Answering Paragraph 186 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

187.    Answering Paragraph 187 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

188.    Answering Paragraph 188 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

189.    Answering Paragraph 189 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

190.    Answering Paragraph 190 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

191.    Answering Paragraph 191 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

192.    Answering Paragraph 192 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

193.    Answering Paragraph 193 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

194.    Answering Paragraph 194 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

195.    Answering Paragraph 195 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

196.    Answering Paragraph 196 of the Complaint, denied, except admit that the allegations contained in Paragraph 196 purport to characterize and summarize GPB PPMs.  Those documents speak for themselves and are the best evidence of their terms and/or content.  These answering defendants respectfully refers the Court to those documents for the complete and accurate statements contained therein.  The allegations contained in Paragraph 196 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

197.    Answering Paragraph 197 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

198.    Answering Paragraph 198 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

199.    Answering Paragraph 199 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in Paragraph 199 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

200.    Answering Paragraph 200 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

201.    Answering Paragraph 201 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied. The allegations contained in Paragraph 201 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

202.    Answering Paragraph 202 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained

in Paragraph 202 state legal conclusions to which no response is required.  To the extent a response is required, denied.

203.    Answering Paragraph 203 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied. Further, the allegations contained in Paragraph 203 state legal conclusions to which no response is required.  To the extent a response is required, denied.

204.    Answering Paragraph 204 of the Complaint, , to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained in Paragraph 204 state legal conclusions to which no response is required.  To the extent a response is required, denied.

205.    Answering Paragraph 205 of the Complaint, , to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained in Paragraph 205 state legal conclusions to which no response is required.

206.    Answering Paragraph 206 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied. Further, the allegations contained

in Paragraph 206 also state legal conclusions to which no response is required. To the extent a response is required, denied.

207.    Answering Paragraph 207 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

208.    Answering Paragraph 208 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

209.    Answering Paragraph 209 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in Paragraph 209 state legal conclusions to which no response is required. To the extent a response is required, denied.

210.    Answering Paragraph 210 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied. The allegations contained in Paragraph 210 also state legal conclusions to which no response is required. To the extent a response is required, denied.

211.    Answering Paragraph 211 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in

Paragraph 211 state legal conclusions to which no response is required. To the extent a response is required, denied.

212.    Answering Paragraph 212 of the Complaint, the allegations contained in Paragraph 212 state legal conclusions to which no response is required. To the extent a response is required, denied.

213.    Answering Paragraph 213 of the Complaint, the allegations contained in Paragraph 213 state legal conclusions to which no response is required. To the extent a response is required, denied.

214.    Answering Paragraph 214 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

215.    Answering Paragraph 215 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in Paragraph 215 also state legal conclusions to which no response is required. To the extent a response is required, denied.

216.    Answering Paragraph 216 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

217.    Answering Paragraph 217 of the Complaint, the allegations contained in Paragraph 217 state legal conclusions to which no response is required. To the extent a response is required, denied.

218.    Answering Paragraph 218 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

219.    Answering Paragraph 219 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

220.    Answering Paragraph 220 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

221.    Answering Paragraph 221 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained in Paragraph 221 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

222.    Answering Paragraph 222 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

223.    Answering Paragraph 223 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

224.    Answering Paragraph 224 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

225.    Answering Paragraph 225 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in Paragraph 225 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

226.    Answering Paragraph 226 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

227.    Answering Paragraph 227 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

228.    Answering Paragraph 228 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

229.    Answering Paragraph 229 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

230.    Answering Paragraph 230 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained in Paragraph 230 state legal conclusions to which no response is required.  To the extent a response is required, denied.

231.    Answering Paragraph 231 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

232.    Answering Paragraph 232 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

233.    Answering Paragraph 233 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

234.    Answering Paragraph 234 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

235.    Answering Paragraph 235 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

236.    Answering Paragraph 236 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

237.    Answering Paragraph 237 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

238.    Answering Paragraph 238 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

239.    Answering Paragraph 239 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

240.    Answering Paragraph 240 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.  Further, the allegations

contained in Paragraph 240 state legal conclusions to which no response is required.  To the extent a response is required, denied.

241.    Answering Paragraph 241 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

242.    Answering Paragraph 242 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

243.    Answering Paragraph 243 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation. The other allegations contained in Paragraph 243 state legal conclusions to which no response is required.  To the extent a response is required, denied.

244.    Answering Paragraph 244 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

245.    Answering Paragraph 245 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

246.    Answering Paragraph 246 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

247.    Answering Paragraph 247 of the Complaint, these answering defendants admit that GPB is involved in other litigation but deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 247 state legal conclusions to which no response is required.  To the extent a response is required, denied.

248.    Answering Paragraph 248 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize the Complaint in *GPB Capital Holdings, LLC, et al. v. Dibre*.  That document speaks for itself and is the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.   These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 248 state legal conclusions to which no response is required. To the extent a response is required, denied.

249.    Answering Paragraph 249 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.   These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation

contained in this paragraph. Further, the allegations contained in Paragraph 248 state legal conclusions to which no response is required. To the extent a response is required, denied.

250.    Answering Paragraph 250 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.). The documents filed in that case speak for themselves and are the best evidence of its terms and/or content. These answering defendants respectfully refer the Court to that and related documents for the complete and accurate statements contained therein. These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph. Further, the allegations contained in Paragraph 250 state legal conclusions to which no response is required. To the extent a response is required, denied.

251.    Answering Paragraph 251 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.). The documents filed in that case speak for themselves and are the best evidence of its terms and/or content. These answering defendants respectfully refers the Court to that and related documents for the statements actually contained therein. These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph. Further, the allegations contained in Paragraph 251 state legal conclusions to which no response is required. To the extent a response is required, denied.

252.    Answering Paragraph 252 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.). The documents filed in that case speak for themselves and are the best

evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.  These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 252 state legal conclusions to which no response is required.  To the extent a response is required, denied.

253.    Answering Paragraph 253 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.  These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 253 state legal conclusions to which no response is required.  To the extent a response is required, denied.

254.    Answering Paragraph 254 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the complete and accurate statements contained therein. These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other

allegation contained in this paragraph.  Further, the allegations contained in Paragraph 254 state legal conclusions to which no response is required.  To the extent a response is required, denied.

255.    Answering Paragraph 255 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.  These answering defendants respectfully refers the Court to that and related documents for the statements actually contained therein. These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 255 state legal conclusions to which no response is required.  To the extent a response is required, denied.

256.    Answering Paragraph 256 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the complete and accurate statements contained therein. These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 256 state legal conclusions to which no response is required.  To the extent a response is required, denied.

257.    Answering Paragraph 257 of the Complaint, denied, except admit of the existence of the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, (Sup. Ct. Mass., Norfolk Cty.).  The documents filed in that case speak for themselves and are the best

evidence of its terms and/or content. These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.

258.    Answering Paragraph 258 of the Complaint, the allegations contained in Paragraph 1 state legal conclusions to which no response is required. To the extent a response is required, denied.

259.    Answering Paragraph 259 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

260.    Answering Paragraph 260 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

261.    Answering Paragraph 261 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

262.    Answering Paragraph 262 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

263.    Answering Paragraph 263 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

264.    Answering Paragraph 264 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

265.    Answering Paragraph 265 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

266.    Answering Paragraph 266 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

267.    Answering Paragraph 267 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

268.    Answering the first sentence of Paragraph 268 of the Complaint, denied. Answering the remainder of the Paragraph, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of Paragraph 268, and on that basis deny each and every such allegation.

269.    Answering Paragraph 269 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

270.    Answering Paragraph 270 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

271.    Answering Paragraph 271 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

272.    Answering Paragraph 272 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

273.    Answering Paragraph 273 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

274.    Answering Paragraph 274 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

275.    Answering Paragraph 275 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

276.    Answering Paragraph 276 of the Complaint, the allegations contained in Paragraph 276 state legal conclusions to which no response is required.  To the extent a response is required, denied.

277.    Answering Paragraph 277 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

278.    Answering Paragraph 278 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to

other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

279.    Answering Paragraph 279 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

280.    Answering Paragraph 280 of the Complaint, defendants David A. Noyes, Landolt, Kingsbury, David A. Noyes, and Aegis admit that they participated in the sale of certain GPB securities; these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

281.    Answering Paragraph 281 of the Complaint, the allegations contained in Paragraph 281 state legal conclusions to which no response is required.  To the extent a response is required, denied.

282.    Answering Paragraph 282 of the Complaint, Landolt Securities admits that it participated in the sales of certain GPB securities; as to the remaining allegations, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

283.    Answering Paragraph 283 of the Complaint, Landolt and,Kingsbury admit that they participated in the sale of certain GPB securities; these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

284.    Answering Paragraph 284 of the Complaint, the allegations contained in Paragraph 284 state legal conclusions to which no response is required.  To the extent a response is required, denied.

285.    Answering Paragraph 285 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

286.    Answering Paragraph 286 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

287.    Answering Paragraph 287 of the Complaint, these answering defendants admit that they sold certain GPB securities; these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

288.    Answering Paragraph 288 of the Complaint, Whitehall-Parker Securities admits that it participated in the sale of certain GPB securities; as to the remaining allegations these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

289.    Answering Paragraph 289 of the Complaint, defendants Whitehall-Parker, Innovation Partners, and Kingsbury admit that they participated in the sale of certain GPB securities; as to all other and remaining allegations these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

290.    Answering Paragraph 290 of the Complaint, the allegations contained in Paragraph 290 state legal conclusions to which no response is required.  To the extent a response is required, denied.

291.    Answering Paragraph 291 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph, and on the basis, deny each and every such allegation.

292.    Answering Paragraph 292 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

293.    Answering Paragraph 293 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.  Further, the allegations contained in Paragraph 293 state legal conclusions to which no response is required.  To the extent a response is required, denied.

294.    Answering Paragraph 294 of the Complaint, admitted.

295.    Answering Paragraph 295 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize filings in *GPB Capital Holdings, LLC, et al. v. Dibre*. Those documents speak for themselves and are the best evidence of its terms and/or content. these answering defendants respectfully refers the Court to that and related documents for the statements actually contained therein.  These answering defendants deny as untrue that any allegations made in other litigation constitutes evidence or proof of any violation of law or duty in

this litigation and deny each and every other allegation contained in this paragraph.  Further, the allegations contained in Paragraph 295 state legal conclusions to which no response is required. To the extent a response is required, denied.

296.    Answering Paragraph 296 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

297.    Answering Paragraph 297 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation. The allegations contained in Paragraph 297 also state legal conclusions to which no response is required.  To the extent a response is required, denied.

298.    Answering Paragraph 298 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

299.    Answering Paragraph 299 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

300.    Answering Paragraph 300 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

301.    Answering Paragraph 301 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

302.    Answering Paragraph 302 of the Complaint, defendants Kingsbury and Whitehall-Parker deny receiving a request for information; as to the other answering defendants, admit that a request was received. As to the remaining allegations of paragraph 302, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and on that basis deny each and every such allegation.

303.    Answering Paragraph 303 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

304.    Answering Paragraph 304 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

305.    Answering Paragraph 305 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

306.    Answering Paragraph 306 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

307.    Answering Paragraph 307 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

308.    Answering Paragraph 308 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

309.     Answering Paragraph 309 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

310.     Answering Paragraph 310 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

311.     Answering Paragraph 311 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

312.     Answering Paragraph 312 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

313.     Answering Paragraph 313 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

314.     Answering Paragraph 314 of the Complaint, denied, except admit that the lawsuit *David Rosenberg, et al. v. GPB Prime Holdings LLC, et al*., No. 19-0925, was filed on July 19, 2019. The documents filed in that case speak for themselves and are the best evidence of its terms and/or content.   These answering defendants respectfully refers the Court to that and related documents for the statements actually contained therein.

315.     Answering Paragraph 315 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

316.    Answering Paragraph 316 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

317.    Answering Paragraph 317 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.   Further, the allegations contained in Paragraph 317 also state legal conclusions to which no response is required.  To the extent a response is required, denied

318.    Answering Paragraph 318 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

319.    Answering Paragraph 319 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

320.    Answering Paragraph 320 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

321.    Answering Paragraph 321 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to

other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied. Further, the allegations contained in Paragraph 321 state legal conclusions to which no response is required. To the extent a response is required, denied.

322.    Answering Paragraph 322 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

323.    Answering Paragraph 323 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

324.    Answering Paragraph 324 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation. Further, the allegations contained in Paragraph 324 state legal conclusions to which no response is required. To the extent a response is required, denied.

325.    Answering Paragraph 325 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.

326.    Answering Paragraph 326 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation. Further, the allegations contained in Paragraph 326 state legal conclusions to which no response is required. To the extent a response is required, denied.

327.    Answering Paragraph 327 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.  Further, the allegations contained in Paragraph 327 state legal conclusions to which no response is required. To the extent a response is required, denied.

328.    Answering Paragraph 328 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the paragraph, and on the basis, deny each and every such allegation.  Further, the allegations contained in Paragraph 328 state legal conclusions to which no response is required. To the extent a response is required, denied.

329.    Answering Paragraph 329 of the Complaint, Paragraph 329 asserts legal declarations and conclusions to which no response is required. To the extent a response is required, these answering defendants deny the allegations in Paragraph 329 of the Complaint, except admit that Plaintiffs purport to bring a class action on behalf of themselves and certain individuals who are not parties to this action, but deny that a proper basis exists for such an action under federal or state law.

330.    Answering Paragraph 330 of the Complaint, denied, except admit that Plaintiffs purport to define the class in their purported "class action."

331.    Answering Paragraph 331 of the Complaint, denied. Further, the allegations contained in the second sentence of Paragraph 331 state legal conclusions to which no response is required.  To the extent a response is required, denied.

332.    Answering Paragraph 332 of the Complaint, denied.

333.    Answering Paragraph 333 of the Complaint, denied.

334.    Answering Paragraph 334 of the Complaint, denied.

335.    Answering Paragraph 335 of the Complaint, denied.

336.    Answering Paragraph 336 of the Complaint, denied.

337.    Answering Paragraph 337 of the Complaint, denied.

338.    Answering Paragraph 338 of the Complaint, denied.

339.    Answering Paragraph 339 of the Complaint, the allegations contained in Paragraph 339 state legal conclusions to which no response is required.  To the extent a response is required, denied.

340.    Answering Paragraph 340 of the Complaint, denied.

341.    Paragraph 341 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants denies the allegations in paragraph 341 of the Complaint and respectfully refers the Court to the referenced court orders.

342.    Answering Paragraph 342 of the Complaint, denied.

343.    Answering Paragraph 343 of the Complaint, denied.

344.    Answering Paragraph 344 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

345.    Paragraph 345 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 345 of the Complaint and respectfully refer the Court to the referenced statute.

346.    Paragraph 346 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 346 of the Complaint and respectfully refer the Court to the referenced statute.

347.    Answering Paragraph 347 of the Complaint, denied, except admit that GPB and its affiliates offered interests in the GPB Funds, and deny each and every remaining allegation therein.

348.    Answering Paragraph 348 of the Complaint, the allegations contained in Paragraph 348 state legal conclusions to which no response is required.  To the extent a response is required, denied.

349.    Answering Paragraph 349 of the Complaint, denied.

350.    Answering Paragraph 350 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

351.    Paragraph 351 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 351 of the Complaint and respectfully refer the Court to the referenced statute.

352.    Answering Paragraph 352 of the Complaint, the allegations contained in Paragraph 352 state legal conclusions to which no response is required.  To the extent a response is required, denied.

353.    Answering Paragraph 353 of the Complaint, the allegations contained in Paragraph 353 state legal conclusions to which no response is required.  To the extent a response is required, denied.

354.    Answering Paragraph 354 of the Complaint, denied.

355.    Answering Paragraph 355 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

356.     Paragraph 356 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 345 of the Complaint and respectfully refer the Court to the referenced statute.

357.     Paragraph 357 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 357 of the Complaint and respectfully refer the Court to the referenced statute.

358.     Paragraph 358 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 358 of the Complaint and respectfully refer the Court to the referenced statute.

359.     Answering Paragraph 359 of the Complaint, the allegations contained in Paragraph 359 state legal conclusions to which no response is required.  To the extent a response is required, denied.

360.     Answering Paragraph 360 of the Complaint, the allegations contained in Paragraph 360 state legal conclusions to which no response is required.  To the extent a response is required, denied.

361.     Answering Paragraph 361 of the Complaint, the allegations contained in Paragraph 361 state legal conclusions to which no response is required.  To the extent a response is required, denied.

362.     Answering Paragraph 362 of the Complaint, denied.

363.     Answering Paragraph 363 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

364.    Paragraph 364 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 364 of the Complaint and respectfully refer the Court to the referenced statute.

365.    Paragraph 365 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 365 of the Complaint and respectfully refer the Court to the referenced statute.

366.    Answering Paragraph 366 of the Complaint, the allegations contained in Paragraph 366 state legal conclusions to which no response is required.  To the extent a response is required, denied.

367.    Answering Paragraph 367 of the Complaint, the allegations contained in Paragraph 367 state legal conclusions to which no response is required.  To the extent a response is required, denied.

368.    Answering Paragraph 368 of the Complaint, the allegations contained in Paragraph 368 state legal conclusions to which no response is required.  To the extent a response is required, denied.

369.    Answering Paragraph 369 of the Complaint, these answering defendants admit that the Plaintiffs seek relief therein, but deny that plaintiffs and putative class members are entitled to the relief demanded.

370.    Answering Paragraph 370 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

371.    Answering Paragraph 371 of the Complaint, the allegations contained in Paragraph 371 state legal conclusions to which no response is required.  To the extent a response is required, denied.

372.    Answering Paragraph 372 of the Complaint, the allegations contained in Paragraph 372 state legal conclusions to which no response is required.  To the extent a response is required, denied.

373.    Answering Paragraph 373 of the Complaint, the allegations contained in Paragraph 373 state legal conclusions to which no response is required.  To the extent a response is required, denied.

374.    Answering Paragraph 374 of the Complaint, denied.

375.    Answering Paragraph 375 of the Complaint, denied.

376.    Answering Paragraph 376 of the Complaint, these answering defendants admit that the plaintiffs seek relief therein, but deny that plaintiffs and putative class members are entitled to the relief demanded.

377.    Answering Paragraph 377 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

378.    Answering Paragraph 378 of the Complaint, the allegations contained in Paragraph 378 state legal conclusions to which no response is required.  To the extent a response is required, denied.

379.    Answering Paragraph 379 of the Complaint, the allegations contained in Paragraph 379 state legal conclusions to which no response is required.  To the extent a response is required, denied.

380.    Answering Paragraph 380 of the Complaint, the allegations contained in Paragraph 380 state legal conclusions to which no response is required.  To the extent a response is required, denied.

381.    Answering Paragraph 381 of the Complaint, the allegations contained in Paragraph 381 state legal conclusions to which no response is required.  To the extent a response is required, denied.

382.    Answering Paragraph 382 of the Complaint, the allegations contained in Paragraph 382 state legal conclusions to which no response is required.  To the extent a response is required, denied.

383.    Answering Paragraph 383 of the Complaint, these answering defendants admit that the plaintiffs seek relief therein, but deny that plaintiffs and putative class members are entitled to the relief demanded.

384.    Answering Paragraph 384 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

385.    Answering Paragraph 385 of the Complaint, the allegations contained in Paragraph 385 state legal conclusions to which no response is required.  To the extent a response is required, denied.

386.    Answering Paragraph 386 of the Complaint, the allegations contained in Paragraph 386 state legal conclusions to which no response is required.  To the extent a response is required, denied.

387.    Answering Paragraph 387 of the Complaint, the allegations contained in Paragraph 387 state legal conclusions to which no response is required.  To the extent a response is required, denied.

388.    Answering Paragraph 388 of the Complaint, the allegations contained in Paragraph 388 state legal conclusions to which no response is required.  To the extent a response is required, denied.

389.    Answering Paragraph 389 of the Complaint, these answering defendants admit that the plaintiffs seek relief therein, but deny that plaintiffs and putative class members are entitled to the relief demanded.

390.    Answering Paragraph 390 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

391.    Answering Paragraph 391 of the Complaint, the allegations contained in Paragraph 391 state legal conclusions to which no response is required.  To the extent a response is required, denied.

392.    Answering Paragraph 392 of the Complaint, denied.

393.    Answering Paragraph 393 of the Complaint, denied.

394.    Answering Paragraph 394 of the Complaint, denied.

395.    Answering Paragraph 395 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

396.    Paragraph 396 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 396 of the Complaint and respectfully refer the Court to the referenced statute.

397.    Paragraph 397 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 397 of the Complaint and respectfully refer the Court to the referenced statute.

398.    Paragraph 398 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 398 of the Complaint and respectfully refer the Court to the referenced statute.

399.    Answering Paragraph 399 of the Complaint, denied.

400.    Answering Paragraph 400 of the Complaint, denied.

401.    Answering Paragraph 401 of the Complaint, denied. Further, the allegations contained in Paragraph 401 state legal conclusions to which no response is required.  To the extent a response is required, denied.

402.    Answering Paragraph 402 of the Complaint, to the extent the allegations are directed toward these answering defendants, denied; to the extent the allegations are directed to other defendants, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis, denied.

403.    Answering Paragraph 403 of the Complaint, denied.

404.    Answering Paragraph 404 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

405.    Paragraph 405 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 405 of the Complaint and respectfully refer the Court to the referenced statute.

406.    Paragraph 406 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 406 of the Complaint and respectfully refer the Court to the referenced statute.

407.    Paragraph 407 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 407 of the Complaint and respectfully refer the Court to the referenced statute. Further, the last sentence of Paragraph 407 states legal conclusions to which no response is required.  To the extent a response is required, denied.

408.    Answering Paragraph 408 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 408, and on that basis deny  each and every allegation contained therein.

409.    Answering Paragraph 409 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 409, and on that basis deny  each and every allegation contained therein.

410.    Answering Paragraph 410 of the Complaint, the allegations contained in Paragraph 410 state legal conclusions to which no response is required.  To the extent a response is required, denied.

411.    Answering Paragraph 411 of the Complaint, the allegations contained in Paragraph 411 state legal conclusions to which no response is required.  To the extent a response is required, denied.

412.    Answering Paragraph 412 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 412, and on that basis deny  each and every allegation contained therein.

413.    Answering Paragraph 413 of the Complaint, the allegations contained in Paragraph 413 state legal conclusions to which no response is required.  To the extent a response is required, denied.

414.    Answering Paragraph 414 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

415.    Answering Paragraph 415 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4088, and on that basis deny  each and every allegation contained therein.

416.    Answering Paragraph 416 of the Complaint, the allegations contained in Paragraph 416 state legal conclusions to which no response is required.  To the extent a response is required, denied.

417.    Answering Paragraph 417 of the Complaint, the allegations contained in Paragraph 417 state legal conclusions to which no response is required.  To the extent a response is required, denied.

418.    Answering Paragraph 418 of the Complaint, the allegations contained in Paragraph 418 state legal conclusions to which no response is required.  To the extent a response is required, denied.

419.    Answering Paragraph 419 of the Complaint, the allegations contained in the first sentence of Paragraph 419 state legal conclusions to which no response is required.  To the extent

a response is required, denied. These answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 419, and on that basis denies each and every allegation contained therein.

420.    Answering Paragraph 420 of the Complaint, the allegations contained in Paragraph 420 state legal conclusions to which no response is required.  To the extent a response is required, denied.

421.    Answering Paragraph 421 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

422.    Answering Paragraph 422 of the Complaint, the allegations contained in Paragraph 422 state legal conclusions to which no response is required.  To the extent a response is required, denied.

423.    Answering Paragraph 423 of the Complaint, denied.

424.    Answering Paragraph 424 of the Complaint, denied.

425.    Answering Paragraph 425 of the Complaint, denied.

426.    Answering Paragraph 426 of the Complaint, denied.

427.    Answering Paragraph 427 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

428.    Answering Paragraph 428 of the Complaint, the allegations contained in Paragraph 428 state legal conclusions to which no response is required.  To the extent a response is required, denied.

429.    Answering Paragraph 429 of the Complaint, the allegations contained in Paragraph 429 state legal conclusions to which no response is required.  To the extent a response is required, denied.

430.    Answering Paragraph 430 of the Complaint, the allegations contained in Paragraph 430 state legal conclusions to which no response is required.  To the extent a response is required, denied.

431.    Answering Paragraph 431 of the Complaint, the allegations contained in Paragraph 431 state legal conclusions to which no response is required.  To the extent a response is required, denied.

432.    Answering Paragraph 432 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

433.    Answering Paragraph 433 of the Complaint, denied.

434.    Answering Paragraph 434 of the Complaint, denied.

435.    Paragraph 435 of the Complaint asserts legal declarations to which no response is required. To the extent required, these answering defendants deny the allegations in paragraph 435 of the Complaint and respectfully refer the Court to the referenced statute.

436.    Answering Paragraph 436 of the Complaint, denied.

437.    Answering Paragraph 437 of the Complaint, denied.

438.    Answering Paragraph 438 of the Complaint, denied.

439.    Answering Paragraph 439 of the Complaint, denied.

440.    Answering Paragraph 440 of the Complaint, denied.

441.    Answering Paragraph 441 of the Complaint, these answering defendants repeat and re-allege each and every response set forth in each and every preceding paragraph as though fully set forth herein.  To the extent any additional response is required, denied.

442.    Answering Paragraph 442 of the Complaint, denied, except admit that the allegations in the paragraph purport to summarize a GBP Form ADV. That document speaks for itself and is the best evidence of its terms and/or content.  These answering defendants respectfully refer the Court to that and related documents for the statements actually contained therein.

443.    Answering Paragraph 443 of the Complaint, these answering defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443, and on that basis deny  each and every allegation contained therein.

444.    Answering Paragraph 444 of the Complaint, the allegations contained in Paragraph 444 state legal conclusions to which no response is required.  To the extent a response is required, denied.

445.    Answering Paragraph 445 of the Complaint, the allegations contained in Paragraph 445 state legal conclusions to which no response is required.  To the extent a response is required, denied.

446.    Answering Paragraph 446 of the Complaint, the allegations contained in Paragraph 446 state legal conclusions to which no response is required.  To the extent a response is required, denied.

447.    Answering Paragraph 447 of the Complaint, the allegations contained in Paragraph 447 state legal conclusions to which no response is required.  To the extent a response is required, denied.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof as to the following (other than any burden imposed by law), these answering defendants further asserts:

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Complaint fails to plead fraud with particularity as required by Federal Rule of Civil Procedure 9(b).

### Third Defense

Plaintiff's claims are barred in whole or in part by the doctrines of waiver, estoppel, ratification, unclean hands, laches, and *in pari delicto.*

### Fourth Defense

Plaintiffs' alleged losses were not proximately caused by the alleged conduct of these answering defendants.

### Fifth Defense

This action cannot be maintained as a class action because Plaintiffs cannot meet the requirements of Rule 23 of the Federal Rules of Civil Procedure.

### Sixth Defense

Plaintiffs assumed the risk that the value of the Securities could decline.

### Seventh Defense

Plaintiffs' losses are speculative or uncertain and therefore not compensable.

### Eighth Defense

Any damages Plaintiff sustained must be offset by any tax, restitution, arbitration awards,

settlements, or other such benefits received.

## Ninth Defense

The claims of some or all of the putative class are barred by accord and satisfaction.

## Tenth Defense

The claims of some or all of the putative class members are barred by release.

## Eleventh Defense

The claims of some or all of the putative class members are barred by res judicata.

## Twelfth Defense

These answering defendants deny any and all allegations in the Complaint not expressly admitted herein and deny the relief requested by Plaintiff in the Complaint.

## Thirteenth Defense

Plaintiffs' claims are barred in part or entirely by each and every statute of limitations or period of repose.

## Fourteenth Defense

If some or all of these answering defendants are found to be jointly responsible for the injuries of Plaintiffs and/or the putative class members, then liability of such Defendants must be limited in accordance with applicable law governing contribution and indemnity.

## Fifteenth Defense

The injuries and damages, if any, sustained by the Plaintiffs and/or the putative class members resulted from their own conduct so that principles of contributory negligence, comparative fault, and/or assumption of risk apply.

## Sixteenth Defense

Plaintiffs and members of the purported class they seek to represent have failed to

mitigate any damages they have suffered.

## Seventeenth Defense

The claims are barred due to the fact that these answering defendants acted at all times in good faith and any and all actions taken by then were, at all times, lawful, proper, and consistent with these Defendants' duties and obligations.

## Eighteenth Defense

Plaintiffs are not entitled to rescission under the TSA and have not yet complied with the notice and tender requirements of the TSA.

## Nineteenth Defense

The claims are barred by the "bespeaks caution" doctrine.

## Twentieth Defense

To the extent that any named Plaintiff or putative class member has filed a FINRA arbitration action against any of these answering defendants arising out of the same transactions or occurrences, said Plaintiff's or putative class member's claim is barred by FINRA Code of Arbitration Rule 12204.

## Twenty-First Defense

The claims are barred by the economic loss doctrine.

## Twenty-Second Defense

Any and all claims against these answering defendants for fraudulent transfer under the Texas Uniform Fraudulent Transfer Act ("TUFTA") are barred insofar as these answering defendants acted in good faith and all of the alleged transfers at issue were for a reasonably equivalent value.

## Twenty-Third Defense

These answering defendants owed no duty to any Plaintiff or putative class member who did not purchase limited partnership interests in GPB Funds through them.

## Twenty-Fourth Defense

Plaintiffs and putative class members lack privity with these answering defendants insofar as they did not purchase limited partnership interests in GPB Funds through them.

## Twenty-Fifth Defense

Plaintiffs and putative class members lack standing to assert claims against these answering defendants insofar as they did not purchase limited partnership interests in GPB Funds through them.

## Twenty-Sixth Defense

These answering defendants bear no liability to Plaintiffs and putative class members for damages arising from the sale of any limited partnership interests in GPB Funds in which they did not participate.

## Twenty-Seventh Defense

All of the GPB Funds marketed or sold by these answering Defendants were exempt from registration with the SEC and each state in which the funds were sold at the time of the transactions through these answering Defendants.

## Twenty-Eighth Defense

These answering defendants hereby adopt and incorporate by reference any and all other defenses asserted or to be asserted by any other defendant to the extent these answering defendants may share in such a defense.

*     *     *

These answering defendants reserve the right to modify their answers to the specific allegations set forth in the Complaint and/or to assert additional defenses as they may become known during the pendency of this action.

These answering defendants further reserve the right to assert cross-claims against other parties.

## **PRAYER**

Plaintiffs fail to allege legally cognizable claims against these answering defendants, who request that plaintiffs take nothing, that all claims and causes asserted be dismissed, and that these answering defendants are afforded all relief to which they may be entitled.

## **JURY DEMAND**

These answering defendants demand a trial by jury on all claims and defenses so triable.


Dated: August 22, 2022                          Respectfully submitted,

                                                */s/ Gary Ewell*_____
                                                Gary Ewell (Texas Bar No 06752800)
                                                gewell@ebbklaw.com
                                                Ewell, Brown, Blanke & Knight LLP
                                                111 Congress Ave., Suite 2800
                                                Austin, Texas  78701
                                                (512) 77-4030

                                                *Attorneys for Aegis Capital Corporation,*
                                                *Aeon Capital, Inc., American Capital*
                                                *Partners LLC, David A. Noyes & Co (N/K/A*
                                                *Sanctuary Wealth Group LLC), Innovation*
                                                *Partners LLC, Kingsbury Capital, Inc.,*
                                                *Landolt Securities, Inc., and Whitehall-*
                                                *Parker Securities*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system which will send notification of this filing to all counsel of record.

*/s/ Gary Ewell*