UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA IRA; JEFFERY S. GRAMM IRA; STACY GREASOR IRA: VICTOR WADE IRA; KAZUE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,<br><br>Plaintiffs,<br><br>-v-<br><br>ASCENDANT CAPITAL, LLC, *et al.*,<br><br>Defendants. | Case No. 19 Civ. 1050-LY |

**PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiffs have served Rule 34 document requests on numerous Defendants in this consolidated action. Almost all of these Defendants have required the entry of a confidentiality and protective order before they will produce responsive documents.[1] Accordingly, in order to facilitate discovery and to provide for the treatment of confidential materials in the above-captioned matters, Plaintiffs[2] respectfully request that the Court approve and enter the Proposed Confidentiality and Protective Order ("Proposed Protective Order"), attached hereto as Exhibit A.

---

[1] In addition, many Defendants have refused to produce insurance information with their Initial Disclosures without the entry of a confidentiality and protective order.

[2] "Plaintiffs," as used herein includes: Kinnie Ma Individual Retirement Account; Jeffery S. Gramm Individual Retirement Account; Stacy Greasor Individual Retirement Account; Victor Wade Individual Retirement Account; Kazue M. Bell; Dean Crooks; Corn Rene Eden; Catherine Kominos; Karen Loch; Robert A. Stone Living Trust, dated January 9, 1992, as amended May 24, 2005; Shirley Stone Living Trust, dated January 9, 1992, as amended May 24, 2005; the Stanley S. and Millicent R. Barasch Living Trust; and Loretta DeHay.

1

The Proposed Protective Order is the product of extensive negotiation over many weeks with various Defendants and **has the support of 56 Defendants**. See, *infra* at 3, for a list of Defendants who have agreed to the terms of the Proposed Protective Order and support its entry by the Court (the "Supporting Defendants"). ***None of the Defendants has provided Plaintiffs' counsel with any opposition to the Proposed Protective Order.***

While the Proposed Protective Order is based on the template Confidentiality and Protective Order available on the Court's website as Appendix H-1, it is also the product of many weeks of negotiation among Plaintiffs and several of the Defendants in the captioned Action. As a result, these parties have, among other changes, expanded the list of Qualified Persons, added a declaration of compliance for certain Qualified Persons to sign (Exhibit 1 to the Proposed Protective Order), and modified the provisions for the disposition of confidential documents at the end of this Action and treatment of potential waivers of privilege or other protections from discovery. At the request of Defendants Schneider and Gentile, who are the subject of a criminal proceeding in the United States District Court for the Eastern District of New York, *United States v. Gentile, et al.,* No. 1:21-cr-00054(DG)(PK) (E.D.N.Y.) (the "Criminal Action"), and after further negotiation with counsel for Defendants Schneider, Ascendant Capital, Gentile, certain of the Auditor Defendants and Plaintiffs, the Proposed Protective Order also provides that Defendants Gentile and Schneider may use confidential documents produced in this Action in the Criminal Action (subject to providing parties that have produced documents in this Action with reasonably prompt notice of the disclosure of, or challenges to the designation of, those documents in the Criminal Action, as further specified in the Proposed Protective Order). *See* Exhibit A, Paragraph 4.

The Supporting Defendants include the 56 Defendants listed below,[3] which have indicated their agreement with the Proposed Protective Order and support its entry:

| | |
|---|---|
| Aegis Capital Corp. | HighTower Advisors, LLC |
| Aeon Capital, Inc. | HighTower Securities, LLC |
| American Capital Partners, LLC | IBN Financial Services, Inc. |
| Arkadios Capital Partners LLC | Innovation Partners, LLC |
| Ascendant Alternative Strategies, LLC | Jeffry Schneider |
| Ascendant Capital, LLC | Kingsbury Capital, Inc. |
| Ausdal Financial Partners, Inc. | Landolt Securities, Inc. |
| BCG Securities, Inc | Lewis Financial Group n/k/a DAI Securities, LLC |
| Cabot Lodge Securities LLC | Lion Street Financial, LLC |
| Capital Investment Group, Inc. | Margolin Winer & Evens LLP |
| Cascade Financial Management, Inc. | Moloney Securities Co. Inc |
| Center Street Securities, Inc. | Newbridge Securities Corporation |
| CohnReznick LLP | Orchard Securities, LLC |
| Colorado Financial Service Corporation | Purshe Kaplan Sterling Investments, Inc. |
| Concorde Investment Services, LLC | Royal Alliance Associates, Inc. |
| Crowe Horwath LLP | RSM US LLP |
| Crown Capital Securities LP | SagePoint Financial Inc. |
| David A. Noyes & Co. (now known as Sanctuary Wealth Group, LLC) | Scott Naugle |
| David Gentile | Steven Frangioni |
| Dempsey Lord Smith, LLC | Triad Advisors, LLC |
| Detalus Securities, Inc. | Uhlmann Price Securities, LLC |
| DFPG Investments, Inc. | Vestech Securities, Inc. |
| DJ Partners LLC | Western International Securities |
| EisnerAmper LLP | WestPark Capital |
| FSC Securities Corporation | Whitehall-Parker Securities, Inc. |
| Geneos Wealth Management, Inc. | Withum Smith+ Brown, PC |
| Dotty J. Bollinger | Woodbury Financial Services, Inc. |

---

[3] A number of the Supporting Defendants approved the penultimate version of the Proposed Protective Order. The only change made thereafter is that the final version of the Proposed Protective Order (Exhibit A) includes revised language in Paragraph 4, which provides *additional protection* to a producing party, in the form of reasonably prompt notice, if their documents are used in the Criminal Action (as explained, *supra,* at 2). Plaintiffs' counsel expressly advised all such Defendants on more than one occasion that Plaintiffs would represent to the Court those Defendants' agreement with the Proposed Protective Order, Exhibit A, and none of these Defendants voiced any objection.

3

| Mark D. Martino | MR Ranger LLC |

In sum, all 13 Plaintiffs and 56 Defendants (the Supporting Defendants listed above) have consented to the Proposed Protective Order attached hereto as Exhibit A. While the remainder of the Defendants in this Action have not expressed a view regarding the Proposed Protective Order, no Defendants have expressed any opposition to its entry despite numerous inquiries requesting their input.

## CONCLUSION

Accordingly, for the reasons set forth above, Plaintiffs respectfully request that the Court enter the Proposed Confidentiality and Protective Order submitted herewith as Exhibit A.

Dated:  January 23, 2023

Respectfully submitted,

**EDMUNDSON SHELTON WEISS PLLC**
*/s/ Jesse Z. Weiss*
Ryan Shelton  SBN: 24037484
Jesse Z. Weiss  SBN: 24013728
317 Grace Lane, Suite 210
Austin, Texas 78746
Tel: (512) 596-3058
Fax: (512) 532-6637
ryan@eswpllc.com
jesse@eswpllc.com

*Liaison Counsel for Kinnie Ma Plaintiffs*

**KAPLAN FOX & KILSHEIMER LLP**
Peter S. Linden (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
F: (212) 687-7714
plinden@kaplanfox.com
juris@kaplanfox.com

**LAW OFFICES OF RICHARD L. STONE, PLLC**
Richard L. Stone (admitted *pro hac vice*)

11 East 44th Street, Suite 1900
New York, New York 10017
T: (561) 358-4800
rstoneesq@rstoneesq.com

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
*/s/ Timothy S. DeJong*
Timothy S. DeJong (admitted *pro hac vice*)
Cody Berne (admitted *pro hac vice*)
Elizabeth Bailey (admitted *pro hac vice*)
209 SW Oak Street, Ste. 500
Portland, OR 97204
T: (503) 227-1600
F: (503) 227-6840
tdejong@stollberne.com
cberne@stollberne.com
ebailey@stollberne.com

*Co-Lead Counsel for Plaintiffs and the Class*

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
*/s/ Joseph Peiffer*
Joseph Peiffer (*pro hac vice*)
Kevin P. Conway (*pro hac vice*)
Jason J. Kane (*pro hac vice*)
Daniel B. Centner *(pro hac vice)*
1519 Robert C. Blakes Sr. Drive
New Orleans, LA 70130
T: (504) 523-2434
F: (504) 523-2464
jpeiffer@pwcklegal.com
kconway@pwcklegal.com
jkane@pwcklegal.com
dcentner@pwcklegal.com

**MEYER WILSON CO., LPA**
*/s/ David Meyer*
David Meyer (*pro hac vice*)
Matthew R. Wilson (*pro hac vice*)
Michael J. Boyle, Jr. (*pro hac vice*)
Courtney M. Werning (*pro hac vice*)
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
T: (614) 224-6000

F: (614) 224-6066
dmeyer@meyerwilson.com
mwilson@meyerwilson.com
mboyle@meyerwilson.com
cwerning@meyerwilson.com

*Counsel for Barasch Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I do hereby certify that as of January 23, 2023, counsel for Plaintiffs has conferred with the Supporting Defendants, who have consented to the relief requested in this Motion, as explained in the Motion. Plaintiffs' counsel has also made attempts to confer with the remaining Defendants, who have not informed the undersigned of their position on the Motion. None of these Defendants has expressed any opposition to the relief requested in this Motion.

*/s/ Peter S. Linden*
Peter S. Linden

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the foregoing, along with Exhibit A, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jesse Z. Weiss*
Jesse Z. Weiss