UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA IRA; JEFFERY S.GRAMM IRA; STACY GREASOR IRA: VICTOR WADE IRA; KAZUE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASCENDANT CAPITAL, LLC, et al,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § §   CAUSE NO. 1:19-CV-01050-RP |

**UNOPPOSED MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT STEVEN FRANGIONI WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(2)**

Plaintiffs Kinnie Ma IRA, Dean Crooks, Jeffery S. Gramm IRA, Stacy Greasor IRA, Corri Rene Eden, Catherine Kominos, Karen Loch, Robert A. Stone Living Trust, Shirley Stone Living Trust, Victor Wade IRA, Kazue M. Bell, The Stanley S. And Millicent R. Barasch Living Trust, and Loretta DeHay (collectively, "Plaintiffs") respectfully request dismissal of their claims against Steven Frangioni ("Frangioni") without prejudice pursuant to Rule 41(a)(2).

1

## I.   BACKGROUND

Frangioni is a defendant in this action, and has filed an answer (Dkt. 998). Plaintiffs have conferred with counsel for Frangioni and have agreed to dismiss their claims against Frangioni *without prejudice*, with Plaintiffs and Frangioni, respectively, each bearing their own fees and costs.

Frangioni is not opposed to the relief requested herein.

## II.   ARGUMENT

**The Court Should Dismiss Plaintiffs' Claims Against Frangioni Without Prejudice**

Plaintiffs seek to dismiss their claims against Frangioni without prejudice pursuant to Rule 41(a)(2). This Rule permits the dismissal by Court order of claims rather than entire actions. "Though Rule 41 speaks of dismissing an 'action,' the Fifth Circuit has interpreted it to allow plaintiffs to dismiss all of their claims against individual opposing parties." *Abdullah v. Paxton*, No. 1:20-cv-01245-RP (W.D. Tex.), Dkt. 20 at 1 (order granting Rule 41 motion). "Generally, motions for voluntary dismissal should be freely granted, unless the non-moving party can show it would suffer some plain legal prejudice." *Id.; see also Hubbard v. Blakemore*, 20-cv-767-RP, 2021 WL 5195803, at *1 (W.D. Tex. Aug. 4, 2021) (granting Rule 41(a)(2) motion to dismiss without prejudice where defendant opposed but showed no legal prejudice); *Sensis, Inc. v. LASIK Vision Institute, LLC*, 20-cv-1-RP, 2021 WL 3596302, at *1 (W.D. Tex. Mar. 17, 2021); *U.S. ex rel. Vaughn v. United Biologics, L.L.C.*, 907 F.3d 187, 196-97 (5th Cir. 2018).

With regard to the "plain legal prejudice" standard, "[t]ypical examples of such prejudice occur when a party proposes to dismiss the case at a late stage of pretrial proceedings, or seeks to avoid an imminent adverse ruling, or may on refiling deprive the defendant of a limitations defense." *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, 628 F.3d 157, 162 (5th Cir. 2010).

No such harms are present here. Although it was filed in October 2019, this action is still in the discovery phase, and no trial date has been set. *See* Dkt. 1082 (setting schedule through class certification). The remaining defendants in this action will suffer no plain legal prejudice if the relief requested herein is granted.

### III.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court dismiss Plaintiffs' claims against Frangioni without prejudice.

Dated:  April 19, 2023                              Respectfully submitted,

**EDMUNDSON SHELTON WEISS PLLC**

By: */s/ Jesse Z. Weiss*
Jesse Z. Weiss (SBN: 24013728)
Ryan Shelton (SBN: 24037484)
317 Grace Lane, Suite 210
Austin, Texas 78746
T: (512) 596-3058
F: (512) 532-6637
jesse@eswpllc.com
ryan@eswpllc.com

**LAW OFFICES OF RICHARD L. STONE, PLLC**
Richard L. Stone (admitted pro hac vice)
11 East 44th Street, Suite 1900
New York, New York 10017
Telephone: (561) 358-4800
rstoneesq@rstoneesq.com

**KAPLAN FOX & KILSHEIMER LLP**
Peter S. Linden (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
T: 212.687.1980
F:  212.687.7714
plinden@kaplanfox.com
juris@kaplanfox.com

**STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.**
Timothy S. DeJong (admitted *pro hac vice*)
Elizabeth Bailey (admitted *pro hac vice*)
209 SW Oak Street, Ste. 500
Portland, OR 97204
T: (503) 227-1600
F: (503) 227-6840
tdejong@stollberne.com
ebailey@stollberne.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I do hereby certify that on April 19, 2023, a true and correct copy of the above and foregoing instrument was filed electronically through the Court's CM/ECF system, which will give notice of this filing to all parties.

*/s/ Jesse Z. Weiss*
Jesse Z. Weiss

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), I do hereby certify that counsel for Plaintiffs conferred with counsel for Frangioni regarding the relief request in this Motion, and Frangioni is unopposed to such relief.

*/s/ Peter S. Linden*
Peter S. Linden

4