# IN TH UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, DEAN CROOKS, JEFFERY S. GRAMM INDIVIDUAL RETIREMENT ACCOUNT, STACY GREASOR INDIVIDUAL RETIREMENT ACCOUNT, CORRI RENE EDEN, CATHERINE KOMINOS, KAREN LOCH, VICTOR WADE INDIVIDUAL RETIREMENT ACCOUNT, ROBERT A. STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AMENDED MAY 24, 2005, SHIRLEY STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AMENDED MAY 24, 2005, KAZUE M. BELL, MILLICENT R. BARASCH, LORETTA DEHAY, and THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST,<br>*Plaintiffs*<br><br>v.<br><br>ASCENDANT CAPITAL, LLC, ET AL.,<br>*Defendants* | §§§§§§§§§§§§§§§§§§§§§§§§§§ Case No. 1:19-cv-01050-RP |

## ORDER

Now before the Court[1] are the Motion by Defendants Jeffry Schneider, David Gentile, Ascendant Capital, LLC, Ascendant Alternative Strategies, LLC, and DJ Partners LLC to Stay Proceedings Pending Resolution of Related Criminal Case, filed May 23, 2023 (redacted) (Dkt. 1138) and June 9, 2023 (sealed) (Dkt. 1147); GBP Defendants' Memorandum of Law Joining in the Indicted Defendants Group's Motion to Stay, filed June 20, 2023 (Dkt. 1151); Plaintiffs' Response in Opposition to the Motion, filed June 27, 2023 (Dkt. 1158); Defendants' Reply, filed July 5, 2023 (Dkt. 1163); Defendants' Opposed Emergency Motion to Set Hearing on

---

[1] By Text Orders entered July 12, 2023, the District Court referred the Motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

1

Motion to Stay and Set July 14, 2023 Deadline for Responding to this Motion, filed July 10, 2023 (Dkt. 1165); and Plaintiffs' response opposing the latter motion, filed July 14, 2023 (Dkt. 1169).

The Court hereby **ORDERS** counsel to appear via Zoom for a hearing on Defendants' Motion to Stay Proceedings Pending Resolution of Related Criminal Case (Dkt. 1138) **at 2:30 p.m. Wednesday, July 26, 2023**. Each side will have 30 minutes for argument.

The parties will receive a link for the Zoom meeting from courtroom deputy Celine Valverde (Celine_Valverde@txwd.uscourts.gov).

The Court further **MODIFIES** the following deadlines in the operative scheduling orders, entered August 29, 2022 (Dkt. 1082) and April 27, 2023 (Dkt. 1128):

| Event | Deadline |
| --- | --- |
| Plaintiffs' Motion for Class Certification | September 15, 2023 |
| Deadline to Complete Discovery from Plaintiffs' Rebuttal Expert(s) | September 29, 2023 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | October 27, 2023 |
| Plaintiffs' Reply in Support of Motion for Class Certification | December 1, 2023 |

The Court will address separately other deadlines in this case and the Joint Motion Concerning Page Limitations for Class Certification Briefing, filed July 7, 2023 (Dkt. 1164).

The Court **DISMISSES AS MOOT** the request in Defendants' Opposed Emergency Motion to Set Hearing on Motion to Stay and Set July 14, 2023 Deadline for Responding to this Motion (Dkt. 1165) because Plaintiffs have filed their response.

**SIGNED** on July 17, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE