**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

KINNIE MA IRA; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,

Plaintiffs,

-v-

ASCENDANT CAPITAL, LLC, et al.,

Defendants.

19-CV-01050-RP

**AGREED JOINT STATUS REPORT**

Pursuant to this Court's August 21, 2023 Order (ECF No. 1181), the parties hereby submit the instant agreed joint status report updating the Court on the status of Defendants David Gentile's and Jeffry Schneider's criminal case, *United States v. Gentile, et al.*, 21 cr. 054 (EDNY) (RPK) (PK) (the "Criminal Case"), which remains pending in the United States District Court for the Eastern District of New York.

- The trial of the Criminal Case concluded on August 1, 2024. A jury verdict of guilty was entered on the counts of the indictment in the Criminal Case against Defendants David Gentile and Jeffry Schneider. No final judgment has been entered in the Criminal Case, nor has Criminal Case been otherwise resolved with respect to the charges against Defendants David Gentile and Jeffry Schneider.

- Briefing for post-trial motions was completed on October 29, 2024. The court has scheduled sentencing for March 6, 2025 (if the motions are granted, no sentencing would need to occur).

Dated: November 21, 2024
New York, New York

Respectfully submitted,


| KOBRE & KIM LLP<br><br>*/s/ Adriana Riviere-Badell*<br>Adriana Riviere-Badell (admitted pro hac vice)<br>(FL State Bar No. 30572)<br>201 S. Biscayne Blvd. Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 967-6100<br>Fax: (305) 967-6120<br>adriana.riviere-badell@kobrekim.com<br><br>Zoe Bunnell (admitted pro hac vice)<br>(NY State Bar No. 5252077)<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Fax: (212) 488-1220<br>zoe.bunnell@kobrekim.com<br><br>MURPHY BALL STRATTON LLP<br>Garland "Land" Murphy<br>(Texas Bar No. 24058010)<br><br>1001 Fannin Street, Suite 720<br>Houston, Texas 77002<br>Tel: (713) 221-2346<br>Fax: (713) 221-2320<br>lmurphy@mbssmartlaw.com<br><br>*Attorneys for Defendant David Gentile* | PNT LAW FIRM<br><br>*/s/ Christopher L. Peele*<br>Christopher L. Peele<br>Texas Bar No. 24013308<br>chris@peelenimocks.com<br>Austin R. Nimocks<br>Texas Bar No. 24002695<br>austin@peelenimocks.com<br>The Overlook at Rob Roy<br>6836 Bee Caves Rd., Bldg. 3, Ste. 201<br>Austin, Texas 78746<br>Telephone: (512) 417-0334<br><br>*Attorneys for Defendants Ascendant Alternative Strategies, LLC and DJ Partners LLC* |
|---|---|
| ARENTFOX SCHIFF LLP<br><br>*/s/ Hunter T. Carter*<br>Hunter T. Carter<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900 | KAPLAN FOX & KILSHEIMER LLP<br><br>*/s/ Peter S. Linden*<br>Peter S. Linden (pro hac vice)<br>Jason A. Uris (pro hac vice)<br>800 Third Avenue, 38th Floor<br>New York, NY 10022 |

hunter.carter@afslaw.com

**JACKSON WALKER LLP**

Jennifer S. Freel
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2330
jfreel@jw.com

*Attorneys for Defendants Jeffry Schneider and Ascendant Capital LLC*

T: (212) 687-1980
F: (212) 687-7714
plinden@kaplanfox.com
juris@kaplanfox.com

**LAW OFFICES OF RICHARD L. STONE, PLLC**

Richard L. Stone (pro hac vice)
11 East 44th Street, Suite 1900
New York, NY 10017
T: (561) 358-4800
rstoneesq@rstoneesq.com

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**

Timothy S. DeJong (pro hac vice)
Steven Larson (pro hac vice)
Elizabeth B. Kinsman (pro hac vice)
209 SW Oak Street, Suite 500
Portland, OR 97204
T: (503) 227-1600
F: (503) 227-6840
tdejong@stollberne.com
slarson@stollberne.com
ekinsman@stollberne.com

*Counsel for Plaintiffs and the Proposed Class*

**KAUFMAN DOLOWICH LLP**

*/s/ Gara M. Seagraves*
Gara M. Seagraves
30 N. LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (917) 209-4794
gseagraves@kaufmandolowhich.com

*Counsel for Newbridge Securities and Westpark Capital*

**FORMAN WATKINS & KRUTZ LLP**

*/s/ K. B. Battaglini*
K. B. Battaglini
4900 Woodway Drive, Suite 940
Houston, Texas 77056
Telephone: 713.210.4371
kb.battaglini@formanwatkins.com

*Counsel for Defendants Mark D. Martino, MR Ranger LLC, and Dotty J. Bollinger*

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
Gary Ewell
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4030
*gewell@ebbklaw.com*

*Attorneys for Defendants Arkadios Capital,*

**PHILLIPS NIZER LLP**

*/s/ Jared R. Clark*
Jared R. Clark (admitted *pro hac vice*)
N.Y. State Bar No. 2721702
485 Lexington Avenue
New York, New York 10017
Telephone: (212) 977-9700
Fax: (212) 262-5152

| | |
|---|---|
| *Ausdal Financial Partners, Inc., Crown Capital Securities, LP, Geneos Wealth Management, Inc., Orchard Securities, LLC, DFPG Investments, LLC, FSC Securities Corporation, Royal Alliance Associates, Inc., SagePoint Financial, Inc., Woodbury Financial Services, Inc., Western International Securities, Aegis Capital Corp., American Capital Partners, LLC, Whitehall Parker Securities, David A. Noyes & Company (n/k/a Sanctuary Wealth Group, LLC), Triad Advisors LLC, Innovation Partners LLC, Aeon Capital, Inc., Landolt Securities, Inc., and Kingsbury Capital, Inc.* | jclark@phillipsnizer.com<br><br>and<br><br>**BOULETTE GOLDEN & MARIN L.L.P.**<br>Michael D. Marin<br>State Bar No. 00791174<br>2801 Via Fortuna, Suite 530<br>Austin, Texas 78746<br>Telephone: (512) 732-8924<br>Fax: (512) 732-8905<br>mmarin@boulettegolden.com<br><br>*Attorneys for Defendant Scott Naugle* |
| **THE HALL LAW FIRM, P.A.**<br><br>*/s/ Adam S. Hall*<br>Adam S. Hall<br>Roarke Maxwell<br>Offices at Grand Bay Plaza<br>2665 South Bayshore Drive, Suite 1020<br>Miami, FL 33133<br>Telephone: (305) 374-5030<br>Facsimile: (305) 374-5033<br>adamhall@hallpa.com<br>rmaxwell@hallpa.com<br><br>*Counsel for Defendant Morrison Brown, Argiz & Farra, LLP* | **THOMPSON COE COUSINS & IRONS, LLP**<br><br>*/s/ Michael B. Johnson*<br>Michael B. Johnson<br>State Bar No. 24029639<br>2801 Via Fortuna, Suite 300<br>Austin, Texas 78746<br>Telephone: (512) 708-8200<br>Facsimile: (512) 708-8777<br>mjohnson@thompsoncoe.com<br><br>*Attorneys for Defendant Gentile Brengel & Lin, LLP* |
| **BAKER BOTTS L.L.P.**<br><br>By: */s/ Gavin R. Villareal*<br>Gavin R. Villareal<br>State Bar No. 24008211<br>gavin.villareal@bakerbotts.com<br>401 S. First St., Suite 1300<br>Austin, Texas 78704<br>Telephone: 512.322.2500<br>Facsimile: 512.322.2501<br><br>*Attorneys for Defendant Deloitte Transactions and Business Analytics LLP* | **AKERMAN LLP**<br><br>*/s/ C. Bryce Benson*<br>C. Bryce Benson<br>Texas Bar Number: 24031736<br>Michael B. Hess<br>Texas Bar Number: 24095710<br>Sydney N. Sgovio<br>Texas Bar No. 24131289<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: 214-720-4380<br>Fax: 214-981-9339<br>E-mail: Bryce.benson@akerman.com<br><br>*Attorneys for Money Concepts Capital Corporation and Sentinus Securities LLC n/k/a Sentinus Halo Securities, LLC* |

| | |
|---|---|
| **WINGET, SPADAFORA & SCHWARTZBERG, LLC**<br>*/s/ Steven E. Mellen*<br><br>45 Broadway, 32nd Floor<br>New York, NY 10006<br>Tel: (212) 221-6900<br>Fax: (212) 221-6989<br>Mellen.s@wssllp.com<br><br>*Attorneys for Lion Street Financial LLC* | **SHEARMAN & STERLING LLP**<br>*/s/ David Whittlesey*<br>David Whittlesey, Esq.<br>300 W. 6th Street, Suite 2250<br>Austin, Texas 78701<br>Telephone: 512-647-1907<br>David.Whittlesey@Shearman.com<br><br>*Attorneys for Defendants Mike Frost and Austin Lake Technologies* |
| **WILLIAMS & CONNOLLY LLP**<br>*/s/ Katherine M. Turner*<br>Steven M. Farina (pro hac vice)<br>Katherine M. Turner (pro hac vice)<br>Adrienne E. Van Winkle (pro hac vice)<br>Kathryn E. Hoover (pro hac vice)<br>Kaitlin Beach (pro hac vice)<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>sfarina@wc.com<br>kturner@wc.com<br>avanwinkle@wc.com<br>khoover@wc.com<br>kbeach@wc.com<br><br>**BOTKIN CHIARELLO CALAF**<br>Katherine P. Chiarello (Texas Bar No. 24006994)<br>1209 Nueces Street<br>Austin, TX 78701<br>Telephone: (512) 615-2341<br>Facsimile: (737) 289-4695<br>katherine@bccaustin.com<br><br>*Counsel for Defendant RSM US LLP* | **HOGAN LOVELLS US LLP**<br>*/s/ James L. Bernard*<br>James L. Bernard*<br>Patrick N. Petrocelli*<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>james.bernard@hoganlovells.com<br>patrick.petrocelli@hoganlovells.com<br>*Admitted *pro hac vice*<br><br>-and-<br><br>**SCOTT DOUGLASS & MCCONNICO LLP**<br>Santosh Aravind (Texas Bar No. 24095052)<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Telephone: (512) 495-6300<br>Facsimile: (512) 495-6399<br>saravind@scottdoug.com<br><br>*Counsel for Defendant CohnReznick LLP* |
| **O'HAGAN MEYER LLC**<br>*/s/ Christopher D. Mackey*<br>Christopher D. Mackey (*Pro Hac Vice Admitted*)<br>One E. Wacker Drive, Suite 3400<br>Chicago, Illinois 60601<br>Telephone: (312) 422-6100<br>cmackey@ohaganmeyer.com | **MOUND COTTON WOLLAN & GREENGRASS LLP**<br>*/s/ Taylor M. Saris*<br>Taylor M. Saris<br>Texas Bar No. 24121818<br>Admitted Pro Hac Vice<br>tsaris@moundcotton.com<br>3 Greenway Plaza, Suite 1300 |

| | |
|---|---|
| *Attorneys for Defendant Great Point Capital, LLC and Arete Wealth Management, LLC* | Houston, Texas 77046<br>(281) 572-8350<br><br>-and-<br><br>Barry R. Temkin<br>Attorney-in-Charge<br>Texas Bar # 24129720<br>Admitted Pro Hac Vice<br>btemkin@moundcotton.com<br><br>*Attorneys for United Planners* |
| **MORGAN, LEWIS & BOCKIUS LLP**<br><br>*/s/ Matthew C. McDonough*<br>Jason D. Frank (*pro hac vice*)<br>jason.frank@morganlewis.com<br>Matthew C. McDonough (*pro hac vice*)<br>matthew.mcdonough@morganlewis.com<br>Andrew M. Buttaro (TX Bar No. 24092207)<br>andrew.buttaro@morganlewis.com<br>One Federal Street<br>Boston, MA 02110-1726<br>Phone: (617) 341-7700<br>Fax: (617) 341-7701<br><br>J. Gordon Cooney, Jr. (*pro hac vice*)<br>gordon.cooney@morganlewis.com<br>1701 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br><br>W. Brad Nes (TX Bar No. 24051109)<br>brad.nes@morganlewis.com<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>Phone: (214) 466-4116<br>Fax: (214) 466-4001<br><br>Cullen G. Pick (TX Bar No. 24098260)<br>cullen.pick@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Phone: (713) 890-5000<br>Fax: (713) 890-5001 | **LATHAM & WATKINS LLP**<br><br>*/s/ Kevin M. McDonough*<br>Christopher S. Turner (*pro hac vice*)<br>District of Columbia Bar No. 1049145<br>(admitted to practice in W.D. Tex.)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>christopher.turner@lw.com<br><br>Kevin M. McDonough (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>kevin.mcdonough@lw.com<br><br>John J. Barber (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>john.barber@lw.com<br><br>Jordan D. Cook (*pro hac vice*)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>jordan.cook@lw.com<br><br>Nicholas L. Schlossman (TX Bar No. 24093117) |

| | |
|---|---|
| *Counsel for Defendant Phoenix American Financial Services, Inc.* | 3000 Colorado St., Suite 2400<br>Austin, TX 78701<br>Telephone: (737) 910-7314<br>Facsimile: (202) 637-2201<br>nicolas.schlossman@lw.com<br><br>*Counsel for Defendant Crowe LLP* |
| **UB GREENSFELDER LLP**<br><br>*/s/ Nathan W. Lamb*<br>Nathan W. Lamb (*Admitted Pro Hac Vice*)<br>500 W. Madison Street, Suite 3600<br>Chicago, Illinois 60661<br>Phone: (312) 658-6500<br>Fax: (216) 583-7001<br>nlamb@ublaw.com<br><br>**COKINOS YOUNG**<br>Stephanie Cook (Bar No. 24013071)<br>Timothy C. Maloney (Bar No. 24104418)<br>Las Cimas IV<br>900 S. Capital of Texas Highway, Suite 425<br>Austin, Texas 78746<br>Phone: (512) 476-1198<br>Fax:(512) 610-1184<br><br>*Counsel for Defendant Bradley Wealth Management, LLC* | **MARSHALL, DENNEHEY, P.C.**<br><br>*/s/ Gerry Kowalski*<br>Gerry Kowalski (admitted pro hac vice)<br>Pennsylvania Bar No. 043216<br>Vlada Tasich (admitted pro hac vice)<br>Pennsylvania Bar No. 88679<br>2000 Market Street, Suite 2300<br>Philadelphia, PA, 19103<br>Telephone: (215) 575-2831<br>gjkowalski@mdwcg.com<br>vxtasich@mdwcg.com<br><br>*Attorneys for Center Street Securities, Inc.; Colorado Financial Services; Concorde Investment Services; DAI Securities; IBN Financial Services; Uhlmann Price Securities, LLC; and Vestech Securities, Inc.* |
| **SIDLEY AUSTIN LLP**<br><br>*/s/ Caroline A. Wong*<br>Bruce R. Braun (*pro hac vice*)<br>bbraun@sidley.com<br>Caroline A. Wong (*pro hac vice*)<br>caroline.wong@sidley.com<br>Stephen Spector (*pro hac vice*)<br>sspector@sidley.com<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br><br>Daniel D. Tostrud<br>dtostrud@cobbmartinez.com<br>Lindsey K. Wyrick<br>lwyrick@cobbmartinez.com<br>Lindsey R. Comstock<br>lcomstock@cobbmartinez.com | **KESSLER & COLLINS**<br>A Professional Corporation<br><br>*/s/ Daniel P. Callahan*<br>GARY S. KESSLER<br>State Bar No. 11358200<br>gsk@kesslercollins.com<br>BRYON ROMINE<br>State Bar No. 15262650<br>blr@kesslercollins.com<br>DANIEL P. CALLAHAN<br>State Bar No. 03648700<br>dpc@kesslercollins.com<br>500 N. Akard Street, Suite 3700<br>Dallas, Texas 75201<br>214.379.0722 [Telephone]<br>214.373.4714 [Facsimile] |

| | |
|---|---|
| Cobb Martinez Woodward PLLC<br>1700 Pacific Avenue, Suite 3100<br>Dallas, Texas 75201<br>Telephone: (214) 220-5200<br>Fax: (214) 220-5299<br><br>*Counsel for Defendant EisnerAmper LLP* | *Attorneys for Defendants Titan Securities; Mcnally Financial Services Corporation; SCF Securities, Inc.; Stephen A. Kohn & Associates, Ltd; Emerson Equity LLC, Coastal Equities Inc.; Lowell Securities Inc.; and MSC-BD, LLC* |
| **NORTON ROSE FULBRIGHT US LLP**<br><br>*/s/ Peter A. Stokes*<br>Peter A. Stokes<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>Telephone: (512) 536-5287<br>peter.stokes@nortonrosefullbright.com<br><br>*Counsel for Advisory Group Equity Services, Ltd, Axiom Capital Management, Inc., Calton & Associates, Inc., Coastal Equities, Inc., International Assets Advisory, LLC, Kalos Capital, Inc., Lucia Securities LLC, Madison Avenue Securities, LLC, McDonald Partners LLC, and Vanderbilt Securities, LLC* | **LEWIS S. FISCHBEIN, P.C**<br>*/s/ Lewis S. Fischbein*<br>Lewis S. Fischbein<br>NY Attorney Registration No. 147691<br>USDC, SDNY Bar Code LF3349<br>*Admitted Pro Hac Vice by the Western District of Texas, Austin Division*<br>*Admitted to the Western District of Texas*<br>4455 Douglas Ave., Suite 11B<br>Riverdale, NY 10471914.772.7491 cell<br>lewis@fischbeinpc.com<br>*Counsel for Defendants Purshe Kaplan Sterling Investments, Inc. and Cabot Lodge Securities LLC* |
| **K&L GATES LLP**<br><br>*/s/ Stephen Topetzes*<br>Stephen Topetzes *(Pro Hac Vice)*<br>stephen.topetzes@klgates.com<br>Meghan E. Flinn *(Pro Hac Vice)*<br>meghan.flinn@klgates.com<br>1601 K Street, NW<br>Washington, D.C. 20006-1600<br>(202) 778-9458 Telephone<br>(202) 778-9100 Facsimile<br><br>*Attorneys for Defendants HighTower Securities, LLC and HighTower Advisors, LLC* | **PALM LAW PARTNERS, P. A.**<br><br>*/s/ Craig M. Oberweger*<br>Craig M. Oberweger<br>(Fla. Bar. 075076)<br>2101 Nw Corporate Blvd., Suite 410<br>Boca Raton, FL 33431<br>800-520-2052<br>craig@palmlawpartners.com<br><br>*Counsel for Defendant Dawson James Securities, Inc.* |
| **WINSTEAD PC**<br><br>*/s/ Matthew P. Hines*<br>James G. Ruiz<br>State Bar No. 17385860<br>jruiz@winstead.com<br>Matthew P. Hines<br>State Bar No. 24120892 | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Daniel E. Gorman*<br>Daniel E. Gorman (*pro hac vice*)<br>New York Bar No. 5202775<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6000 |

mhines@winstead.com
401 Congress Avenue Suite 2100
Austin, Texas 78701
Tel.: 512.370.2800
Fax: 512.370.2850

*Attorneys for Defendants Capital Investment Group, Inc., Cascade Financial Management, Inc., Dempsey Lord Smith, LLC, Detalus Securities, Inc., and Moloney Securities Co. Inc.*

Facsimile: (212) 704-6288
daniel.gorman@troutman.com

*Counsel for Defendant Margolin, Winer & Evens LLP*

**MAYER BROWN LLP**

*/s/ Glen A. Kopp*
Glen A. Kopp
NY State Bar No. 4119277
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2648
Facsimile: (212) 849-5675
gkopp@mayerbrown.com

**REEVES & BRIGHTWELL LLP**

*/s/ Beverly Reeves*
Beverly Reeves
TX State Bar No. 16716500
Ryan Pierce
TX State Bar No. 24035413
3103 Bee Caves Rd., Ste.240
Austin, Texas 78746-5581
Telephone: (512) 334-4509
Facsimile: (512) 334-4492
breeves@reevesbrightwell.com
rpierce@reevesbrightwell.com

*Attorneys for Defendants GPB Automotive Portfolio, LP, GPB Capital Holdings, LLC, GPB Cold Storage, LP, GPB Holdings II, LP, GPB Holdings III, LP, GPB Holdings Qualified, LP, GPB Holdings, LP, GPB NYC Development, LP, GPB Waste Management, LP, and Evan Myrianthopoulos*