UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, GRACEMARIE BOLAND, DEAN CROOKS, JEFFERY S. GRAMM INDIVIDUAL RETIREMENT ACCOUNT, STACY GREASOR INDIVIDUAL RETIREMENT ACCOUNT, CORRI RENE EDEN, CATHERINE KOMINOS, KAREN LOCH, VICTOR WADE INDIVIDUAL RETIREMENT ACCOUNT, ROBERT A. STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AME, SHIRLEY STONE LIVING TRUST, DATED JANUARY 9, 1992, AS AMEND, KAZUE M. BELL, MILLICENT R. BARASCH, LORETTA DEHAY, THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST | § § § § § § | CIVIL NO: AU:19-CV-01050-ADA |

vs.

ASCENDANT CAPITAL, LLC, ASCENDANT ALTERNATIVE STRATEGIES, LLC, GPB CAPITAL HOLDINGS, LLC, AXIOM CAPITAL MANAGEMENT, INC., DJ PARTNERS LLC, MR RANGER LLC, DAVID GENTILE, JEFFRY SCHNEIDER, MARK D MARTINO, GPB HOLDINGS, LP, GPB HOLDINGS II, LP, GPB AUTOMOTIVE PORTFOLIO, LP, GPB COLD STORAGE, LP, GPB WASTE MANAGEMENT FUND, LP, GPB HOLDINGS III, LP, GPB HOLDINGS QUALIFIED, LP, GPB NYC DEVELOPMENT, LP, RSM US LLP, PHOENIX AMERICAN FINANCIAL SERVICES, INC., ADVISORS GROUP EQUITY SERVICES, LTD., AEGIS CAPITAL CORP., AEON CAPITAL INC., AMERICAN CAPITAL PARTNERS, LLC, ARETE WEALTH MANAGEMENT, LLC,

ARKADIOS CAPITAL, AUSDAL FINANCIAL PARTNERS, INC., AVERE FINANCIAL GROUP, LLC N/K/A PARSONEX CAPITAL MARKETS L, BCG SECURITIES INC., BRADLEY WEALTH MANAGEMENT LLC, CABOT LODGE SECURITIES LLC, CALTON & ASSOCIATES, INC., CAPE SECURITIES, INC., CAPITAL FINANCIAL SERVICES, INC., CAPITAL INVESTMENT GROUP, INC., CASCADE FINANCIAL MANAGEMENT, INC., CENTER STREET SECURITIES, INC., COASTAL EQUITIES, INC., COLORADO FINANCIAL SERVICE CORPORATION, CONCORDE INVESTMENT SERVICES, LLC, CROWN CAPITAL SECURITIES, LP, DAVID A. NOYES & COMPANY, DAWSON JAMES SECURITIES, INC., DEMPSEY LORD SMITH, LLC, DETALUS SECURITIES, LLC, DFPB INVESTMENTS, INC., DH HILL SECURITIES, LLLP, DINOSAUR FINANCIAL GROUP, LLC, EMERSON EQUITY LLC, FINANCIAL WEST GROUP, FSC SECURITIES CORPORATION, GENEOS WEALTH MANAGEMENT, INC., GREAT POINT CAPITAL LLC, GVC CAPITAL LLC, HIGHTOWER SECURITIES, LLC, IBN FINANCIAL SERVICES, INC., INNOVATION PARTNERS LLC, INTERNATIONAL ASSETS ADVISORY, LLC, INVESTMENT ARCHITECTS, INC., KALOS CAPITAL, INC., KINGSBURY CAPITAL, INC., LANDOLT SECURITIES, INC., LEWIS FINANCIAL GROUP N/K/A DAI SECURITIES, LLC, LION STREET FINANCIAL LLC, LOWELL & COMPANY, INC., LUCIA SECURITIES LLC, MADISON AVENUE SECURITIES, LLC, MCDONALD PARTNERS LLC, MCNALLY FINANCIAL SERVICES CORPORATION, MOLONEY SECURITIES CO., INC., MONEY CONCEPTS CAPITAL CORP., MORI HUSTON PARTNERS LLC, MSC-BD, LLC,

NATIONAL SECURITIES CORPORATION, NEWBRIDGE SECURITIES CORPORATION, ORCHARD SECURITIES, LLC, PARITER SECURITIES, LLC, PRIVATE CLIENT SERVICES, LLC, PURSHE KAPLAN STERLING INVESTMENTS, INC., ROYAL ALLIANCE ASSOCIATES, INC., SAGEPOINT FINANCIAL, INC., SANDLAPPER SECURITIES, LLC, SCF SECURITIES, INC., SENTINUS SECURITIES, LLC N/K/A SENTINUS HALO SECURITIES, LL, STEPHEN A. KOHN & ASSOCIATES, LTD., TITAN SECURITIES, TRIAD ADVISORS, LLC, UHLMANN PRICE SECURITIES, LLC, UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA, LP, VANDERBILT SECURITIES, LLC, VESTECH SECURITIES, INC., WESTERN INTERNATIONAL SECURITIES, INC., WESTPARK CAPITAL INC., WHITEHALL-PARKER SECURITIES, INC., WILMINGTON CAPITAL SECURITIES, LLC, WOODBURY FINANCIAL SERVICES, INC., JOHN DOE AUDITORS 1 THROUGH 10, CROWE, LLP, GPB WASTE MANAGEMENT, LP, ADVISORY GROUP EQUITY SERVICES, LTD., DFPG INVESTMENTS, INC., SENTINUS SECURITIES LLC N/K/A SENTINUS-HALO SECURITIES, LLC, EISNERAMPER LLP, MARGOLIN WINER & EVENS LLP, WITHUM SMITH+BROWN, PC, DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP, MORRISON, BROWN, ARGIZ & FERRA, LLC, GENTILE PISMENY & BRENGEL LLP, HIGHTOWER ADVISORS, LLC, COHNREZNICK LLP, MORRISON, BROWN, ARGIZ & FARRA, ASCENDANT CAPITAL, LLC, ASCENDANT ALTERNATIVE STRATEGIES, LLC, GPB CAPITAL HOLDINGS, LLC, AXIOM CAPITAL MANAGEMENT, INC., DJ PARTNERS LLC, DAVID GENTILE, JEFFRY

SCHNEIDER, MARK D MARTINO, GPB HOLDINGS, LP, GPB HOLDINGS II, LP, GPB AUTOMOTIVE PORTFOLIO, LP, GPB COLD STORAGE, LP, GPB WASTE MANAGEMENT, LP, GPB HOLDINGS III, LP, GPB HOLDINGS QUALIFIED, LP, GPB NYC DEVELOPMENT, LP, RSM US LLP, PHOENIX AMERICAN FINANCIAL SERVICES, INC., CROWE, LLP, EISNERAMPER LLP, GENTILE PISMENY & BRENGEL LLP, MINCHUNG KGIL, DOTTY J. BOLLINGER, MICHAEL FROST, EVAN MYRIANTHOPOULOS, STEVEN FRANGIONI, SCOTT NAUGLE, MCANNA, LP, ROBERT KESSLER, GERALD FRANCESE, RINA CHERNAYA, CKGF HOLDING LLC, GPB MANAGED IT FUND, AUSTIN LAKE TECHNOLOGIES, LLC, MR RANGER, LLC, UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA, LP, ASCENDANT ALTERNATIVE STRATEGIES, LLC, ASCENDANT CAPITAL, LLC, AXIOM CAPITAL MANAGEMENT, INC., DOTTY J. BOLLINGER, COHNREZNICK LLP, CROWE, LLP, DJ PARTNERS LLC, DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP, EISNERAMPER LLP, MICHAEL FROST, GPB AUTOMOTIVE PORTFOLIO, LP, GPB CAPITAL HOLDINGS, LLC, GPB COLD STORAGE, LP, GPB HOLDINGS II, LP, GPB HOLDINGS III, LP, GPB HOLDINGS QUALIFIED, LP, GPB HOLDINGS, LP, GPB MANAGED IT FUND, GPB NYC DEVELOPMENT, LP, GPB WASTE MANAGEMENT, LP, DAVID GENTILE, HIGHLINE MANAGEMENT, INC., MR RANGER LLC, MARGOLIN WINER & EVENS LLP, MARK D MARTINO, MORRISON, BROWN, ARGIZ & FERRA, LLC, EVAN MYRIANTHOPOULOS, SCOTT NAUGLE, PHOENIX AMERICAN FINANCIAL SERVICES, INC., RSM US LLP, JEFFRY SCHNEIDER, WITHUM

SMITH+BROWN, PC, MILLICENT R. BARASCH

# ORDER SETTING FINAL CLASS SETTLEMENT APPROVAL HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL CLASS SETTLEMENT APPROVAL HEARING VIA ZOOM,** on **Monday, November 24, 2025 at 03:30 PM**.

IT IS SO ORDERED this 18th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE