IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASCENDANT CAPITAL, LLC, *et al.*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:19-cv-01050-ADA<br><br>(Consolidated with 1:19-cv-01079 and 1:22-cv-1325) |

**THE BROKER-DEALER DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PRELIMINARY APPROVAL MOTION**

The undersigned broker-dealer defendants (the ***Broker-Dealer Defendants***)[1] respectfully seek a 30-day extension of time to respond to Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc. (the "Motion") (ECF No. 1284). The Motion seeks relief that will potentially have significant impacts on the litigation of claims against the Broker-Dealer Defendants and the potential recovery for putative class members, including but not limited to the allocation of certain claims between Plaintiffs, the putative class, and the Receiver. In addition, on January 22-23, the Broker-Dealer Defendants participated in a two-day mediation with Plaintiffs' counsel in New York. Due to

[1] As used herein, "Broker-Dealer Defendants" shall mean and refer to those Defendants whose counsel appear in the signature block.

weather-related flight cancellations, multiple counsel for the Broker-Dealer Defendants were delayed in returning from New York and have experienced weather-related office closures during the following week.

The Court has broad discretion to grant extensions of motion deadlines, particularly when (as here) the underlying issues are important and the extension is not sought for bad faith. *See, e.g., Turk v. Somervell County Hosp. Dist.*, 2018 WL 11471884, at *1-2 (W.D. Tex. Nov. 9, 2018) (Albright, J.). The Motion raises important issues of whether a proposed settlement binding absent putative class members and affecting claims against other defendants should be approved. The parties to the proposed settlement include the principal alleged wrongdoers in this case—i.e., GPB Capital Holdings, LLC and its affiliates. To the extent the Court decides it is necessary to modify or reject the proposed settlement, it would be more efficient to do so at the preliminary approval stage than after the issuance of notice to putative class members. Due to the importance of the issues involved, the intervening mediation, the large number of remaining defendants, and the weather-related travel delays, the Broker-Dealer Defendants believe a 30-day extension would allow sufficient time for the Broker-Dealer Defendants to respond. Further, as the Broker-Dealer Defendants include several dozen different entities, the extension is also necessary to allow the Broker-Dealer Defendants time to collaborate on a potential response, which may eliminate the need for piecemeal responses and promote efficiency.

The Broker-Dealer Defendants thus respectfully request that the Court grant the Motion and extend the response date by 30 days. Plaintiffs' counsel has advised that they oppose granting the extension.

Respectfully submitted,

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
GARY EWELL
Texas State Bar No. 06752800
gewell@ebbklaw.com
David Blanke
dblanke@ebbklaw.com
Alithea Sullivan
asullivan@ebbklaw.com

111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: 512.770.4000

Attorneys for Arkadios Capital, Ausdal Financial *Partners, Inc., Crown Capital Securities, LP, Geneos Wealth Management, Inc., Orchard Securities, LLC, DFPG Investments, LLC, FSC Securities Corporation, Royal Alliance Associates, Inc., Sagepoint Financial, Inc., Woodbury Financial Services, Inc., Western International Securities, Aegis Capital Corp., American Capital Partners, LLC, David A. Noyes & Company (n/k/a Sanctuary Wealth Group, LLC), Triad Advisors LLC, Innovation Partners LLC, Aeon Capital, Inc., Landolt Securities, Inc., Dawson James Securities; Westpark Capital Inc.; and Great Point Capital, LLC*

**AKERMAN LLP**

*/s/ C. Bryce Benson*
C. Bryce Benson
Texas Bar Number: 24031736
Michael B. Hess
Texas Bar Number: 24095710
Sydney N. Sgovio
Texas Bar No. 24131289
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-720-4380
Fax: 214-981-9339
E-mail: Bryce.benson@akerman.com

*Attorneys for Money Concepts Capital Corporation and*
*Sentinus Securities LLC n/k/a Sentinus Halo Securities, LLC*

**NORTON ROSE FULBRIGHT US LLP**

/s/ *Peter A. Stokes*
Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Defendants International Assets Advisory, LLC, Madison Avenue Securities, LLC, Vanderbilt Securities, Calton & Associates, Inc., McDonald Partners LLC, and Lucia Securities LLC*

**MARSHALL, DENNEHEY, P.C.**

/s/ Vlada Tasich
Vlada Tasich (admitted pro hac vice)
Pennsylvania Bar No. 88679
2000 Market Street, Suite 2300
Philadelphia, PA, 19103
vxtasich@mdwcg.com

*Attorneys for Center Street Securities, Inc.; Colorado Financial Services; Concorde Investment Services; DAI Securities; IBN Financial Services; Uhlmann Price Securities, LLC; and Vestech Securities, Inc*

**SARETSKY HART MICHAELS + GOULD PC**

*/s/ Gary M. Saretsky*
Texas State Bar No. 24071150
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
gsaretsky@saretsky.com

*/s/ Janine M. Lucas*
Michigan State Bar No. P66352
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jlucas@saretsky.com

*/s/ Jonathan M. Sterling*
Michigan State Bar No. P69770
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jsterling@saretsky.com

and

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
Texas State Bar No. 06752800
111 Congress Ave.
Suite 2800
Austin, TX 78701
512-770-4030
877-851-6384 (fax)
gewell@ebbklaw.com

*Attorneys for Arkadios Capital,
Ausdal Financial Partners, Inc.,
Crown Capital Securities, LP,
DFPG Investments, LLC,
Geneos Wealth Management, Inc., and
Orchard Securities, LLC*

*/s/ Nathan W. Lamb*
Nathan W. Lamb (*Admitted Pro Hac Vice*)
**THOMPSON HINE LLP**
20 North Clark Street
Suite 3200
Chicago, Illinois 60602
Phone: (312) 998-4283
Fax: (312) 998-4245
Nathan.Lamb@thompsonhine.com

*Attorney for Defendant Bradley Wealth
Management, LLC*

**KESSLER & COLLINS,**
**A Professional Corporation**

By:/s/ Bryon Romine
GARY S. KESSLER
State Bar No. 11358200
gsk@kesslercollins.com
BRYON ROMINE
State Bar No. 15262650

blr@kesslercollins.com

500 N. Akard Street
Suite 3700
Dallas, Texas 75201
214.379.0722 [Telephone]
214.373.4714 [Facsimile]

*Attorneys for Defendants Titan Securities; McNally Financial Services Corporation; SCF Securities, Inc.; Emerson Equity LLC; and Realta Equities, Inc.*

By: /s/ Taylor M. Saris
Taylor M. Saris
Texas Bar No. 24121818
Admitted Pro Hac Vice
tsaris@moundcotton.com

**MOUND COTTON WOLLAN & GREENGRASS LLP**
3 Greenway Plaza, Suite 1300
Houston, Texas 77046
(281) 572-8350

-and-

Barry R. Temkin
Attorney-in-Charge
Texas Bar # 24129720
Admitted Pro Hac Vice
btemkin@moundcotton.com

*Attorneys for United Planners*

/s/ Lewis Stanley Fischbien
Lewis Stanley Fischbien, P.C.
4455 Douglas Avenue, Suite 11B
Riverdale, NY 10471
Tel: 914-772-7491
lewis@fischbeinpc.com

*Attorney for Purshe Kaplan Sterling Investments, Inc. and Cabot Lodge Securities LLC*

**MARKUN ZUSMAN FRENIERE & COMPTON LLP**

*/s/ Edward Zusman*
EDWARD ZUSMAN
Pro Hac Vice
California State Bar No. 154366

Markun Zusman & Compton LLP
465 California Street, Suite 500
San Francisco, CA 94104
(415) 438-4515
(415) 434-4505 (fax)
ezusman@mzclaw.com

*/s/ Kevin Eng*
KEVIN ENG
Pro Hac Vice
California State Bar No. 209036

465 California Street, Suite 500
San Francisco, CA 94104
(415) 438-4515
(415) 434-4505 (fax)
keng@mzclaw.com

*Attorneys for FSC Securities Corporation, Royal Alliance Associates, Inc., Sagepoint Financial, Inc., Western International Securities, Inc., Woodbury Financial Services, Inc.*

**WINGET, SPADAFORA &**

**SCHWARTZBERG, LLP**

By: */s/ Michael Schwartzberg*
Michael Schwartzberg, Esq.
Steven Mellen, Esq.
Alexander A. Truitt, Esq
45 Broadway, 32nd Floor
New York, New York 10006
t. 212-221-6900
f.212-221-6989
Schwartzberg.m@wssllp.com
Mellen.S@wssllp.com
Truitt.A@wssllp.com

*Attorneys for BCG Securities, Inc., Lion Street Financial, LLC,*
*National Securities Corporation, National Holdings Corporation,*
*B. Riley Financial, Inc., and B. Riley Principal Merger Corp., III*

## CERTIFICATE OF CONFERENCE

I certify that counsel for certain of the Broker-Dealer Defendants conferred with counsel for Plaintiffs regarding an extension of the deadline to respond to Plaintiffs' preliminary approval motion, and that Plaintiffs' counsel advised they opposed an extension.

/s/ Peter A. Stokes
Peter A. Stokes

## CERTIFICATE OF SERVICE

I certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system which will send notification of this filing to all counsel of record who have registered to receive ECF service in this action.

/s/ Peter A. Stokes
Peter A. Stokes