IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | Case No. 1:19-cv-01050-ADA |
| v. | § | |
| | § | (Consolidated with 1:19-cv-01079 |
| | § | and 1:22-cv-1325) |
| ASCENDANT CAPITAL, LLC, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**THE BROKER-DEALER DEFENDANTS' NOTICE OF SUBMISSION OF PROPOSED AMENDED SCHEDULING ORDER**

The undersigned broker-dealer defendants (the ***Broker-Dealer Defendants***)[1] respectfully submit the attached proposed Amended Scheduling Order. The Broker-Dealer Defendants did not reach agreement with Plaintiffs regarding a proposed schedule this week and are thus respectfully submitting their own proposal, which they believe provides appropriate deadlines for moving this case forward. Should the parties be able to agree on a joint proposed schedule next week, the Broker-Dealer Defendants will promptly update the Court.

[1] As used herein, "Broker-Dealer Defendants" shall mean and refer to those Defendants whose counsel appear in the signature block.

Respectfully submitted,

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
GARY EWELL
Texas State Bar No. 06752800
gewell@ebbklaw.com
David Blanke
dblanke@ebbklaw.com
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: 512.770.4000

Attorneys for Arkadios Capital, Ausdal Financial *Partners, Inc., Crown Capital Securities, LP, Geneos Wealth Management, Inc., Orchard Securities, LLC, DFPG Investments, LLC, FSC Securities Corporation, Royal Alliance Associates, Inc., Sagepoint Financial, Inc., Woodbury Financial Services, Inc., Western International Securities, Aegis Capital Corp., American Capital Partners, LLC, David A. Noyes & Company (n/k/a Sanctuary Wealth Group, LLC), Triad Advisors LLC, Innovation Partners LLC, Newbridge Securities Corporation, Landolt Securities, Inc., Dawson James Securities; Westpark Capital Inc.; and Great Point Capital, LLC*

**AKERMAN LLP**

*/s/ C. Bryce Benson*
C. Bryce Benson
Texas Bar Number: 24031736
Michael B. Hess
Texas Bar Number: 24095710
Sydney N. Sgovio

Texas Bar No. 24131289
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-720-4380
Fax: 214-981-9339
E-mail: Bryce.benson@akerman.com

*Attorneys for Money Concepts Capital Corporation and Sentinus Securities LLC n/k/a Sentinus Halo Securities, LLC*

**NORTON ROSE FULBRIGHT US LLP**

/s/ *Peter A. Stokes*

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Defendants International Assets Advisory, LLC, Madison Avenue Securities, LLC, Vanderbilt Securities, Calton & Associates, Inc., McDonald Partners LLC, and Lucia Securities LLC*

**K&L GATES LLP**

By: */s/ Meghan E. Flinn*

Stephen G. Topetzes
*Pro Hac Vice*
stephen.topetzes@klgates.com
Meghan E. Flinn
*Pro Hac Vice*
Meghan.flinn@klgates.com
1601 K Street, NW
Washington, D.C. 20006-1600

(202) 778-9458 Telephone
(202) 778-9100 Facsimile

Henry Pogorzelski
Texas State Bar No. 24007852
henry.pogorzelski@klgates.com
2801 Via Fortuna, Suite 350
Austin, Texas 78746
(512) 482-6919 Telephone
(512) 482-6859 Facsimile

*Attorneys for Defendants Hightower Securities, LLC and Hightower Advisors, LLC*

**MARSHALL, DENNEHEY, P.C.**

/s/ Vlada Tasich
Vlada Tasich (admitted pro hac vice)
Pennsylvania Bar No. 88679
2000 Market Street, Suite 2300
Philadelphia, PA, 19103
vxtasich@mdwcg.com

*Attorneys for Center Street Securities, Inc.; Colorado Financial Services; Concorde Investment Services; DAI Securities; IBN Financial Services; Uhlmann Price Securities, LLC; and Vestech Securities, Inc*

**SARETSKY HART MICHAELS + GOULD PC**

*/s/ Gary M. Saretsky*
Texas State Bar No. 24071150
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
gsaretsky@saretsky.com

*/s/ Janine M. Lucas*
Michigan State Bar No. P66352
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jlucas@saretsky.com

*/s/ Jonathan M. Sterling*
Michigan State Bar No. P69770
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jsterling@saretsky.com

*/s/ Christopher D. Mackey*
Illinois State Bar No. P69770
118 N. Clinton St.
Suite 425
Chicago, IL 60661
312.820.9900
248-502-3301 (fax)
cmackey@saretsky.com

and

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
Texas State Bar No. 06752800
111 Congress Ave.
Suite 2800
Austin, TX 78701
512-770-4030
877-851-6384 (fax)
gewell@ebbklaw.com

*Attorneys for Arete Wealth Management, LLC*
*Arkadios Capital,*
*Ausdal Financial Partners, Inc.,*
*Crown Capital Securities, LP,*

*DFPG Investments, LLC,*
*Geneos Wealth Management, Inc., Great Point Capital, LLC and*
*Orchard Securities, LLC*

*/s/ Nathan W. Lamb*
Nathan W. Lamb (*Admitted Pro Hac Vice*)
**THOMPSON HINE LLP**
20 North Clark Street
Suite 3200
Chicago, Illinois 60602
Phone: (312) 998-4283
Fax: (312) 998-4245
Nathan.Lamb@thompsonhine.com

*Attorney for Defendant Bradley Wealth Management, LLC*

**KESSLER & COLLINS,**
**A Professional Corporation**

By: /s/ Bryon Romine
GARY S. KESSLER
State Bar No. 11358200
gsk@kesslercollins.com
BRYON ROMINE
State Bar No. 15262650
blr@kesslercollins.com

500 N. Akard Street
Suite 3700
Dallas, Texas 75201
214.379.0722 [Telephone]
214.373.4714 [Facsimile]

*Attorneys for Defendants Titan Securities; McNally Financial Services Corporation; SCF Securities, Inc.; Emerson Equity LLC; and Realta Equities, Inc.*

By: */s/ Taylor M. Saris*

Taylor M. Saris
Texas Bar No. 24121818
Admitted Pro Hac Vice
tsaris@moundcotton.com

**MOUND COTTON WOLLAN & GREENGRASS LLP**
3 Greenway Plaza, Suite 1300
Houston, Texas 77046
(281) 572-8350

-and-

Barry R. Temkin
Attorney-in-Charge
Texas Bar # 24129720
Admitted Pro Hac Vice
btemkin@moundcotton.com

*Attorneys for United Planners*

/s/ Lewis Stanley Fischbein
Lewis Stanley Fischbein, P.C.
4455 Douglas Avenue, Suite 11B
Riverdale, NY 10471
Tel: 914-772-7491
lewis@fischbeinpc.com

*Attorney for Purshe Kaplan Sterling Investments, Inc. and Cabot Lodge Securities LLC*

**MARKUN ZUSMAN & COMPTON LLP**

*/s/ Edward Zusman*
EDWARD ZUSMAN
Pro Hac Vice
California State Bar No. 154366

Markun Zusman & Compton LLP
465 California Street, Suite 500
San Francisco, CA 94104

(415) 438-4515
(415) 434-4505 (fax)
ezusman@mzclaw.com

*/s/ Kevin Eng*
KEVIN ENG
Pro Hac Vice
California State Bar No. 209036

465 California Street, Suite 500
San Francisco, CA 94104
(415) 438-4515
(415) 434-4505 (fax)
keng@mzclaw.com

*Attorneys for FSC Securities Corporation, Royal Alliance Associates, Inc., Sagepoint Financial, Inc., Western International Securities, Inc., Woodbury Financial Services, Inc.*

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By: */s/ Michael Schwartzberg*
Michael Schwartzberg, Esq.
Steven Mellen, Esq.
Alexander A. Truitt, Esq
45 Broadway, 32nd Floor
New York, New York 10006
t. 212-221-6900
f.212-221-6989
Schwartzberg.m@wssllp.com
Mellen.S@wssllp.com
Truitt.A@wssllp.com

*Attorneys for BCG Securities, Inc., Lion Street Financial, LLC,*
*National Securities Corporation, National Holdings Corporation,*
*B. Riley Financial, Inc., and B. Riley Principal Merger Corp., III*

9

## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system which will send notification of this filing to all counsel of record who have registered to receive ECF service in this action.

/s/ Peter A. Stokes
Peter A. Stokes