RECEIVED

APR 08 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

FILED

APR 08 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Kinnie Ma Individual Retirement Account**

-vs-

**Ascendant Capital, LLC et al**

Case No.:    **1:19-cv-01050-ADA**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Stephen Ross**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent ____**The People of the State of New York**____ in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**The Office of the Attorney General of the State of New York**_____,

with offices at

Mailing address:    **28 Liberty Street, 16th Floor**

City, State, Zip Code:    **New York, New York 10005**

Telephone:    **212-416-8198**

Facsimile:    **212-416-6042**

Email:    **Stephen.Ross@ag.ny.gov**

2.    Since _____February 25, 2019_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____New York_____ ⊞ .

Applicant's bar license number is _____5692488_____ .

3.    Applicant has been admitted to practice before the following courts:

Court:                                                          Admission date:

U.S. District Court for the Southern District of New York        **September 10, 2019**

U.S. Court of Appeals for the Second Circuit                     **May 7, 2024**

U.S. Bankruptcy Court for the District of Delaware               **March 11, 2024 (Pro Hac Vice)**

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

5.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

- 2 -

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☑ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☐ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Stephen Ross**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Stephen Ross**_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**6th**__ day of _____**April**_____, ___**2026**___.

_____**Stephen Ross**_____
[printed name of Applicant]

_____
[signature of Applicant]

- 4 -