**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**KINNIE MA INDIVIDUAL**
**RETIREMENT ACCOUNT, ET AL**
        **Plaintiffs,**

                                           **CAUSE NO.:**
**-vs-**                              **A-19-CV-01050-ADA**

**ASCENDANT CAPITAL, LLC,  ET AL**
              **Defendants.**

BE IT REMEMBERED on this day there was presented to the Court the Motion for Admission Pro Hac Vice filed by Stephen Ross, who is filing his motion on behalf of "The People of the State of New York" and the Court, having reviewed the motion, enters the following:

Upon review of the motion, it was determined that counsel is requesting to represent a party or parties that are not listed in this civil action.  IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice is DENIED.

IT IS FURTHER ORDERED that Stephen Ross file, by traditional means, a written notice to the Court within fourteen (14) days, setting out in detail whether he intends to amend his Motion for Admission Pro Hac Vice identifying either an active case party for which he will be representing OR notifying the court in which pleading the "The People of the State of New York" was brought into the case as an active party.

The Clerk of this Court no longer automatically adds non-admitted attorneys to a case. Thus, *non-admitted attorneys will not receive orders or notices, which may include deadlines, hearing dates, etc., filed in their case nor will they be able to file electronically in the case*.  Non-

- 2 -

admitted attorneys will only be added to a case upon the granting of a proper motion to appear pro hac vice.

SIGNED this the 15th day of April 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT

- 2 -