**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KINNIE MA IRA; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY, Plaintiffs, -v- ASCENDANT CAPITAL, LLC, et al., Defendants. | 19-CV-01050-ADA |

**DEFENDANTS DAVID GENTILE, JEFFRY SCHNEIDER, ASCENDANT CAPITAL LLC, DJ PARTNERS LLC, AND ASCENDANT ALTERNATIVE STRATEGIES, LLC'S RESPONSE TO PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP AND MORRISON BROWN ARGIZ & FARRA, LLC**

## INTRODUCTION

Defendants David Gentile, Jeffry Schneider, Ascendant Capital, LLC, Ascendant Alternative Strategies, LLC, and DJ Partners, LLC (the "Gentile Schneider Defendants") submit this statement in support of preliminary approval of the Plaintiffs' Motion For Preliminary Approval Of Settlements With Defendants Deloitte Transactions and Business Analytics LLP ("Deloitte") and Morrison Brown Argiz & Farra, LLC ("MBAF") (together with Plaintiffs, the "Settling Parties") (Dkt. 1310), with a limited objection and request for modification and certain reservations of rights.

## ARGUMENT

The Gentile Schneider Defendants support preliminary approval of the proposed settlement and support investors receiving a return of their investment in the GPB Funds. However, as asserted in connection with previous settlements in this action, the Gentile Schneider Defendants continue to believe that approval of any settlement should not be done in a way that prejudices the ability of the non-settling defendants, including the Gentile Schneider Defendants, to fully litigate the instant action or that prejudices their rights in other actions.

While the Court need not decide the merits of Plaintiffs' claims at this stage, class certification, including for purposes of approval of a settlement class, inherently involves consideration of issues relating to merits. *See, e.g.*, *Comcast Corp. v. Behrend*, 569 U.S. 27, 28 (2013) (holding that a Rule 23 analysis "will frequently overlap with the merits of the plaintiff's underlying claim because a class determination generally involves considerations that are enmeshed in the factual and legal issues comprising the plaintiff's cause of action."). Yet the non-settling Defendants have no opportunity at this stage to contest the merits of Plaintiffs' claims or the alleged liability or quantum of damages potentially flowing therefrom. Accordingly, language

protecting the rights of non-settling Defendants to contest these issues at the appropriate date must be included in any final order.

Indeed, the Court has recognized the need for such protection in previous settlements in this action. On November 25, 2025, this Court entered a Final Settlement Approval and Bar Order approving a class-wide settlement between Plaintiffs and certain auditor defendants. ECF No. 1271 (the "Auditor Settlement"). In connection with that final order, the Court adopted important language clarifying that its order was without prejudice to future class and merits determinations as to non-settling defendants. *See* Transcript of Final Class Settlement Approval Hearing at 17:16-18:10 (Nov. 24, 2025). Again, in response to Plaintiff's motion for preliminary approval of a settlement between Plaintiffs and two other Defendants, GPB Capital Holdings, LLC and Phoenix American Financial Services Inc. (the "Proposed GPB/PAFSI Settlement"), the Gentile Schneider Defendants requested, amongst other issues, that the Court clarify in any final order approving that settlement that the order would be without prejudice to non-settling defendants. ECF Nos. 1293, 1304-1. That motion remains pending before the Court.

Plaintiffs, together with Deloitte and MBAF as the Settling Parties, now move the Court for an order of preliminary approval (the "Proposed Order" and, once signed by the Court, the "Final Order") of a proposed class-wide settlement of Plaintiffs' claims against these Settling Parties (the "Proposed Settlement"). Plaintiffs again failed to include language in the Proposed Order that makes clear that the Final Order will be without prejudice to non-settling Defendants' rights, despite the fact that the Court already agreed to the inclusion of such language in connection with its approval of the Auditor Settlement. Accordingly, the Gentile Schneider Defendants respectfully request that the following language be included in the Final Order:

> **4. Class Certification Class Findings.** For purposes of this Settlement only, the Court finds that each element for certification of the Settlement Class pursuant to

> Rule 23 of the Federal Rules of Civil Procedure has been met, as follows: (a) the members of the Settlement Class are so numerous that their joinder would be impracticable; (b) there are questions of law and fact common to the Settlement Class that predominate over any individual questions; (c) the claims of Plaintiffs in the Action are typical of the claims of the Settlement Class; (d) Plaintiffs and Co-Lead Settlement Class Counsel have and will fairly and adequately represent and protect the interests of the Settlement Class; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the Action for purposes of the proposed Settlement. These findings are made solely for the purposes of the Settlement, and are without prejudice to, or waiver of, the right of any non-Settling Defendants to contest certification of any other class proposed in this Action, or any other action, or the determination of any question or issue on the merits in approval of the Settlement Class or Proposed Settlement. No Person in this Action or any other action may cite or refer to the Court's approval of the Settlement Class as persuasive or binding authority with respect to any motion to certify any such class or the determination of any question or issue on the merits addressed in approval of the Settlement Class or the Proposed Settlement.

Finally, the Gentile Schneider Defendants expressly reserve and do not waive the right to contest the propriety of Plaintiffs' proposed plan for distribution of the settlement funds, including without limitation, insofar as it fails to account for alleged losses suffered by investors at different times and in different funds, which may artificially magnify alleged losses to the potential detriment of the non-settling Defendants in any forthcoming disputes, including, but not limited to, issues regarding reliance, liability, and damages in this or any other action.

Dated: April 15, 2026
New York, New York

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ A. Zoe Bunnell*
A. Zoe Bunnell (admitted pro hac vice)
(NY State Bar No. 5252077)
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
zoe.bunnell@kobrekim.com

Adriana Riviere-Badell (admitted pro hac vice)
(FL State Bar No. 30572)
201 S. Biscayne Blvd. Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100
Fax: (305) 967-6120
adriana.riviere-badell@kobrekim.com

**MURPHY BALL STRATTON LLP**

Garland “Land” Murphy
(Texas Bar No. 24058010)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Tel: (713) 221-2346
Fax: (713) 221-2320
lmurphy@mbssmartlaw.com

*Attorneys for Defendant David Gentile*

**ARENTFOX SCHIFF LLP**

*/s/ Hunter T. Carter*
Hunter T. Carter
Glenn Colton
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
hunter.carter@afslaw.com
glenn.colton@afslaw.com

**JACKSON WALKER LLP**

*/s/ Jennifer S. Freel*
Jennifer S. Freel
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2330
jfreel@jw.com

*Attorneys for Defendants Jeffry Schneider and Ascendant Capital LLC*

**PEELE | NIMOCKS | TOTH**

*/s/ Christopher L. Peele*
Christopher L. Peele
Texas Bar No. 24013308
chris@pntlawfirm.com
Austin R. Nimocks
Texas Bar No. 24002695
austin@pntlawfirm.com
The Overlook at Rob Roy
6836 Bee Caves Rd., Bldg. 3, Ste. 201
Austin, Texas 78746
Telephone: (512) 417-0334

*Attorneys for Defendants Ascendant Alternative Strategies, LLC and DJ Partners LLC*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP AND MORRISON BROWN ARGIZ & FARRA, LLC has been served on all counsel of record via the CM/ECF system this 15th day of April 2026.

*/s/ A. Zoe Bunnell*
A. Zoe Bunnell