**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

KINNIE MA IRA; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,

Plaintiffs,

-v-

ASCENDANT CAPITAL, LLC, et al.,

Defendants.

19-CV-01050-RP

**NOTICE OF WITHDRAWAL OF DEFENDANTS CENTER STREET SECURITIES, INC., COLORADO FINANCIAL SERVICES, CONCORDE INVESTMENT SERVICES, LLC, DAI SECURITIES, IBN FINANCIAL SERVICES, UHLMANN PRICE SECURITIES, LLC, AND VESTECH SECURITIES, INC.'S JOINDER TO THE BROKER-DEALER DEFENDANTS' RESPONSE TO PLAINTIFFS' PRELIMINARY APPROVAL MOTION (ECF DOC. NO. 1299)**

Center Street Securities, Inc., Colorado Financial Services Corporation, Concorde Investment Services, LLC, Lewis Financial Group n/k/a DAI Securities, LLC, IBN Financial Services, Inc., Uhlmann Price Securities, LLC, and Vestech Securities, Inc. (collectively, the "Withdrawing Defendants"), by and through their undersigned counsel, Marshall Dennehey, P.C., hereby give notice to this Court and all parties that the Withdrawing Defendants withdraw their joinder to the Broker-Dealer Defendants' Response to Plaintiffs' Preliminary Approval Motion, filed on February 13, 2026, ECF Doc. No. 1299.

This withdrawal is made without prejudice to the Withdrawing Defendants' rights and does not constitute a waiver of any substantive or procedural rights, claims, or defenses.

Respectfully submitted,

**MARSHALL, DENNEHEY, P.C.**

*/s/ Vlada Tasich*

Vlada Tasich (admitted pro hac vice)
Pennsylvania Bar No. 88679
2000 Market Street, Suite 2300
Philadelphia, PA, 19103
vxtasich@mdwcg.com

Attorneys for Defendants, Center Street Securities, Inc., Colorado Financial Services Corporation, Concorde Investment Services, LLC, Lewis Financial Group n/k/a DAI Securities, LLC, IBN Financial Services, Inc., Uhlmann Price Securities, LLC, and Vestech Securities, Inc.

DATE: August 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Notice of Withdrawal was served this date, via the Court's E-Filing System, on all counsel of record.

**MARSHALL, DENNEHEY, P.C.**

*/s/ Vlada Tasich*

Vlada Tasich (admitted pro hac vice)
Pennsylvania Bar No. 88679
2000 Market Street, Suite 2300
Philadelphia, PA, 19103
vxtasich@mdwcg.com

Attorneys for Defendants, Center Street Securities, Inc., Colorado Financial Services Corporation, Concorde Investment Services, LLC, Lewis Financial Group n/k/a DAI Securities, LLC, IBN Financial Services, Inc., Uhlmann Price Securities, LLC, and Vestech Securities, Inc.

DATE: August 14, 2026