**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| KINNIE MA IRA; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,<br><br>Plaintiffs,<br><br>-v-<br><br>ASCENDANT CAPITAL, LLC, et al.,<br><br>Defendants. | 19-CV-01050-ABD |

**NOTICE OF WITHDRAWAL OF DEFENDANTS DAVID GENTILE, JEFFRY SCHNEIDER, ASCENDANT CAPITAL, LLC, DJ PARTNERS LLC, AND ASCENDANT ALTERNATIVE STRATEGIES, LLC'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS**

Defendants David Gentile, Jeffry Schneider, Ascendant Capital, LLC ("Ascendant"), Ascendant Alternative Strategies, LLC ("AAS"), and DJ Partners LLC ("DJP") (together, the "Gentile Schneider Defendants"), by counsel, hereby gives notice to this Court and all parties that the Gentile Schneider Defendants withdraw their previously filed responses opposing Plaintiffs' motions for preliminary approval of settlements with GPB Capital Holdings, LLC ("GPB Capital"), Phoenix American Financial Services, Inc., Deloitte Transactions and Business Analytics LLP, and Morrison Brown Argiz & Farra, LLC (the "Settlements"), as detailed below. The withdrawal is based on an agreement reached between the Gentile Schneider Defendants and Plaintiffs—to which Plaintiffs' counsel represented that the Receiver, for GPB Capital, had also agreed—by letter agreement executed on August 20, 2026, requiring Plaintiffs to submit revised

proposed orders to the Court for final approval of the Settlements that incorporate language agreed to by the Gentile Schneider Defendants.

Accordingly, the Gentile Schneider Defendants withdraw their Responses as follows:

1. The Gentile Schneider Defendants withdraw their opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc., filed January 28, 2026 (ECF No. 1293);

2. The Gentile Schneider Defendants withdraw their Sur-Reply and Supplemental Objection to the Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc., filed March 5, 2026 (ECF No. 1304-1); and

3. The Gentile Schneider Defendants withdraw their opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants Deloitte Transactions and Business Analytics LLP and Morrison Brown Argiz & Farra, LLC, filed April 15, 2026 (ECF No. 1318).

Respectfully submitted,

**KOBRE & KIM LLP**

/s/ *Adriana Riviere-Badell*
Adriana Riviere-Badell
Bar No. 30572
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 967-6100
Adriana.Riviere-Badell@kobrekim.com

A. Zoe Bunnell (admitted *pro hac vice*)
NY State Bar No. 5252077
800 Third Avenue
New York, New York 10022
(212) 488-1200
zoe.bunnell@kobrekim.com

*Attorneys for Defendant David Gentile*

**ARENTFOX SCHIFF LLP**

/s/ *Hunter T. Carter*
Hunter T. Carter
Glenn Colton
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
hunter.carter@afslaw.com
glenn.colton@afslaw.com

**JACKSON WALKER LLP**

Jennifer S. Freel
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2330
jfreel@jw.com

*Attorneys for Defendants Jeffry Schneider and Ascendant Capital, LLC*

**PEELE | NIMOCKS | TOTH**

/s/ *Christopher L. Peele*
Christopher L. Peele
Texas Bar No. 24013308
chris@pntlawfirm.com
Austin R. Nimocks
Texas Bar No. 24002695
austin@pntlawfirm.com
The Overlook at Rob Roy
6836 Bee Caves Rd., Bldg. 3, Ste. 201
Austin, Texas 78746
Telephone: (512) 417-0334

*Attorneys for Defendants Ascendant Alternative Strategies, LLC and DJ Partners LLC*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above response has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure this 26th day of August 2026.

/s/ *Adriana Riviere-Badell*
Adriana Riviere-Badell