**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

KINNIE MA Individual Retirement Account, et al.,

Plaintiffs,

v.

ASCENDANT CAPITAL, et al.,

Defendants.

Case No. 1:19-cv-01050

**NOTICE OF ETHICAL SCREEN AND COMPLIANCE PURSUANT TO TEXAS DISCIPLINARY RULE OF PROFESSIONAL CONDUCT 1.12**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Honorable Alan D. Albright (Ret.), formerly a United States District Judge for the Western District of Texas, became associated with Allen Overy Shearman Sterling US LLP ("A&O Shearman") on September 1, 2026. A&O Shearman is the counsel of record for Austin Lake Technologies, LLC and Michael Frost in the above-referenced matter.

While serving on the bench, Judge Albright participated personally and substantially in the above-referenced matter as the presiding Judge in the case.

We confirm that Judge Albright recused himself from this matter and the matter was re-assigned on June 30, 2026, to Judge Andrew B. Davis. We further confirm this was done in accordance with applicable judicial conduct rules.

Pursuant to Texas Disciplinary Rule of Professional Conduct 1.12, Judge Albright is personally disqualified from any involvement in this matter. To ensure the firm may continue its representation of Austin Lake Technologies, LLC and Michael Frost and to prevent any imputation of any conflict under Rule 1.12(c), A&O Shearman has implemented the following screening procedures to ensure full compliance:

1. Judge Albright has been screened, starting from his date of partnership on September 1, 2026, from any participation in this matter and has acknowledged this obligation in writing.
2. All attorneys and staff at A&O Shearman have been instructed not to discuss this matter with Judge Albright or share any files, documents, or electronically stored information relating to this matter.

3. Judge Albright's access to all physical and electronic files relating to this matter has been restricted.
4. Judge Albright will receive no part of the fee from A&O Shearman's representation in this matter.

This notice is provided pursuant to Rule 1.12(c)(2) to enable you to ascertain compliance with the rule's provisions. If you have any inquiries regarding the screening procedures employed, please contact US Deputy General Counsel Claire von Roten at Claire.vonRoten@AOShearman.com or at +1-646-344-6535 within fourteen days of receiving this notice.

Dated: September 1, 2026

Respectfully Submitted,

*/s/ David P. Whittlesey*

David P. Whittlesey (State Bar No. 00791920)
ALLEN OVERY SHEARMAN STERLING US LLP
300 W. Sixth Street, Suite 2250
Austin, TX 78701
Telephone: (512) 647-1900

*Attorneys for Defendants Austin Lake Technologies, LLC and Michael Frost*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on September 1, 2026, I caused the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

*By: /s/ David P. Whittlesey*
David P. Whittlesey