**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KINNIE MA IRA; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,<br><br>Plaintiffs,<br><br>-v-<br><br>ASCENDANT CAPITAL, LLC, et al.,<br><br>Defendants. | 19-CV-01050-ABD |

**NOTICE OF WITHDRAWAL OF DEFENDANTS MCNALLY FINANCIAL SERVICES CORPORATION, TITAN SECURITIES AND SCF SECURITIES OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS**

Defendants McNally Financial Services Corporation, Titan Securities and SCF Securities (together, the "Settling Defendants"), by counsel, hereby gives notice to this Court and all parties that the Settling Defendants withdraw their previously filed responses opposing Plaintiffs' motions for preliminary approval of settlements with GPB Capital Holdings, LLC ("GPB Capital"), Phoenix American Financial Services, Inc., CohnReznik LLP; Crowe LLP, Margolin, Winer & Evens LLP; RSM US LLP and WithumSmith+Brown, PC (the "Settlements"), as detailed below. The withdrawal is based on an agreement reached between the Settling Defendants and Plaintiffs.

Accordingly, the Settling Defendants withdraw their Responses as follows:

1. The Settling Defendants withdraw their opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc., filed February 13, 2026 (ECF No. 1299);

2. The Settling Defendants withdraw their opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants CohnReznik LLP; Crowe LLP, Margolin, Winer & Evens LLP; RSM US LLP, WithumSmith+Brown, PC, filed April 15, 2026 (ECF No. 1245).

Respectfully submitted,

**KESSLER & COLLINS, P.C.**

*/s/ Gary S. Kessler*
GARY S. KESSLER
State Bar No. 11358200
gsk@kesslercollins.com
BRYON ROMINE
State Bar No. 15262650
blr@kesslercollins.com

500 N. Akard
Suite 3700
Dallas, Texas 75201
214.379.0722 [Telephone]
214.373.4714 [Facsimile]

*Attorneys for Defendants Titan Securities; McNally Financial Services Corporation; SCF Securities, Inc.; Emerson Equity LLC; and Realta Equities, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above response has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure this 18th day of September 2026.

/s/ *Gary S. Kessler*
GARY S. KESSLER