UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, individually and on behalf of all others similarly situated, | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:19-CV-01050-LY |
| v. | § | |
| ASCENDANT CAPITAL, LLC, et al, | § | |
| *Defendants*. | § | |

Defendants Purshe Kaplan Sterling Investments, Inc. and Cabot Lodge Securities LLC hereby withdraw any and all prior objections to plaintiff's previous settlement agreements.

September 30, 2026

Lewis S. Fischbein, P.C.
By: *<u>/s/ Lewis S. Fischbein</u>*
Lewis@fischbeinpc.com
4455 Douglas Ave. Ste 11B
Riverdale, New York
914-772-7491

Attorneys for Defendants Purshe Kaplan Sterling Investments, Inc. and Cabot Lodge Securities LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 30, 2026 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Lewis S. Fischbein, P.C.

By: *<u>/s/ Lewis S. Fischbein</u>*