IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, *et al.*, | § | |
| *Plaintiffs*, | § | |
| v. | § | Case No. 1:19-cv-01050-RP |
| | § | (Consolidated with 1:19-cv-01079 and 1:22-cv-1325) |
| ASCENDANT CAPITAL, LLC, *et al.*, | § | |
| *Defendants*. | § | |

**DEFENDANT WESTERN INTERNATIONAL SECURITIES, INC.'S NOTICE OF WITHDRAWAL OF RESPONSE IN OPPOSITION TO PLAINTIFFS' PRELIMINARY APPROVAL MOTION**

Defendant Western International Securities, Inc. ("Western"), by and through its undersigned counsel, hereby gives notice to the Court and all parties that Western withdraws it Response In Opposition To Plaintiffs' Motion For Preliminary Approval of Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc.[1] (the "Response"). The Response (ECF Doc. No. 1299) was filed on behalf of certain broker-dealer defendants (the "Broker-Dealer Defendants").

This Withdrawal is made only on behalf of Western, not on behalf of any other party, and as to Western is made without prejudice to any of its rights and

[1] Plaintiffs' Motion was filed on January 14, 2026, as ECF Doc. No. 1284.

does not constitute a waiver of any substantive or procedural rights, claims, or defenses.

Respectfully submitted,

**EWELL, BROWN, BLANKE & KNIGHT LLP**

*/s/ Gary Ewell*
GARY EWELL
Texas State Bar No. 06752800
gewell@ebbklaw.com
David Blanke
dblanke@ebbklaw.com
Alithea Sullivan
asullivan@ebbklaw.com

111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: 512.770.4000

**MARKUN ZUSMAN & COMPTON LLP**

*/s/ Edward Zusman*
EDWARD ZUSMAN
Pro Hac Vice
California State Bar No. 154366
ezusman@mzclaw.com
KEVIN ENG
Pro Hac Vice
California State Bar No. 209036
keng@mzclaw.com

Markun Zusman & Compton LLP
465 California Street, Suite 500
San Francisco, CA 94104
(415) 438-4515
(415) 434-4505 (fax)

*Attorneys for Defendant*
*Western International Securities, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system which will send notification of this filing to all counsel of record who have registered to receive ECF service in this action.

/s/ Kevin K. Eng
Kevin K. Eng