IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT; JEFFREY S. GRAMM IRA; STACY GREASON IRA; VICTOR WADE IRA; KAZURE BELL; DEAN CROOKS; CORRI RENE EDEN; CATHERINE KOMINOS; KAREN LOCH; ROBERT A. STONE LIVING TRUST; SHIRLEY STONE LIVING TRUST; THE STANLEY S. AND MILLICENT R. BARASCH LIVING TRUST; AND LORETTA DEHAY,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENDANT CAPITAL, LLC, *et al*.,<br><br>Defendants. | Case No. 1:19-cv-01050-ABD<br><br>(Consolidated with 1:19-cv-01079 and 1:22-cv-1325) |

**AMENDED NOTICE OF WITHDRAWAL OF DEFENDANTS ARETE WEALTH MANAGEMENT LLC, GREAT POINT CAPITAL LLC, AND ORCHARD SECURITIES, LLC OF THEIR OPPOSITIONS TO PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS**

Defendants Arete Wealth Management LLC, Great Point Capital LLC, and Orchard Securities, LLC (together, the "Settling Defendants"), by counsel, hereby give notice to this Court and all parties that the Settling Defendants withdraw their previously filed responses opposing Plaintiffs' motions for preliminary approval of settlements with GPB Capital Holdings, LLC ("GPB Capital"), Phoenix American Financial Services, Inc., CohnReznik LLP, Crowe LLP, Margolin, Winer & Evens LLP, RSM US LLP, and WithumSmith+Brown, PC (the "Settlements"), as detailed below. The withdrawal is based on an agreement reached between the Settling Defendants and Plaintiffs.

Accordingly, the Settling Defendants withdraw their responses as follows:

1. Pursuant to their settlement agreement with Plaintiffs, the Settling Defendants withdraw their opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants GPB Capital Holdings, LLC (and Affiliated Entities) and Phoenix American Financial Services, Inc., set forth in The Broker-Dealer Defendants' Response to Plaintiffs' Preliminary Approval Motion, filed February 13, 2026 (ECF No. 1299); and

2. Pursuant to its settlement agreement with Plaintiffs, Orchard Securities, LLC, withdraws its opposition to the Motion for Preliminary Approval of Proposed Settlement with Defendants CohnReznik LLP, Crowe LLP, Margolin, Winer & Evens LLP, RSM US LLP, and WithumSmith+Brown, PC, set forth in the Certain Broker-Dealer Defendants' Opposition to Motion for Preliminary Approval of Class Action Settlement, filed June 10, 2025 (ECF No. 1245).

Dated: October 8, 2026

Respectfully submitted,

SARETSKY HART MICHAELS +
GOULD PC

/s/ Gary M. Saretsky
Gary M. Saretsky
Texas State Bar No. 24071150
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
gsaretsky@saretsky.com

/s/ Janine M. Lucas
Janine M. Lucas
Michigan State Bar No. P66352
995 South Eton Street

Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jlucas@saretsky.com

/s/ Jonathan M. Sterling
Jonathan M. Sterling
Michigan State Bar No. P69770
995 South Eton Street
Birmingham, MI 48009
248-502-3300
248-502-3301 (fax)
jsterling@saretsky.com

/s/ Christopher D. Mackey
Christopher D. Mackey
Illinois Bar No. 6324275
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 820-9900
cmackey@saretsky.com

- AND –

EWELL, BROWN, BLANKE & KNIGHT LLP

/s/ Gary Ewell
Gary Ewell
Texas State Bar No. 06752800
111 Congress Ave.
Suite 2800
Austin, TX 78701
512-770-4030
877-851-6384 (fax)
gewell@ebbklaw.com

Attorneys for Defendants Arete Wealth Management LLC, Great Point Capital LLC, and Orchard Securities, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, pursuant to the Federal Rules of Civil Procedure.

/s/ Gary M. Saretsky
Gary M. Saretsky