**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **KINNIE MA INDIVIDUAL RETIREMENT ACCOUNT, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 1:19-cv-01050-LY** |
| | § | |
| **ASCENDENT CAPITAL, LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF WITHDRAWAL OF OBJECTIONS**

Defendant Sentinus Securities LLC n/k/a Sentinus Halo Securities, LLC, hereby withdraws any and all prior objections to plaintiffs' previous settlement agreements.

Date: October 19, 2026

Respectfully submitted,

**AKERMAN LLP**

*/s/ Michael B. Hess*
Michael B. Hess
Texas Bar Number: 24095710
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-720-4380
Fax: 214-981-9339
E-mail: michael.hess@akerman.com

**Attorney for Sentinus Securities LLC n/k/a Sentinus Halo Securities, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of this was served via CM/ECF on all counsel of record on this October 19, 2026.

*/s/ Michael B. Hess*
Michael B. Hess